**THE MCDANIEL LAW FIRM, P.C.**
54 Main Street
Hackensack, New Jersey 07601
201-845-3232
201-845-3777 (Facsimile)
*Attorneys for Plaintiff Peter Brownstein*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER BROWNSTEIN, <br><br> Plaintiff, <br><br> v. <br><br> TINA LINDSAY and ETHNIC TECHNOLOGIES, LLC., <br><br> Defendants. | Civ. Action. No. 3:10-cv-01581 (JAP) (TJB) <br><br> **FIRST AMENDED COMPLAINT** |

Plaintiff **PETER BROWNSTEIN** by way of Complaint against Defendants **TINA LINDSAY** and **ETHNIC TECHNOLOGIES, LLC**, alleges as follows:

### SUMMARY OF ACTION

1.     This is an action brought under federal copyright law seeking a declaratory judgment that plaintiff Peter Brownstein is the co-author of a joint work for which defendant Tina Lindsay registered two copyrights in 1996 and that he is entitled to continue receiving a reasonable royalty for the exploitation of the joint work.  In addition, Brownstein, who is the author of multiple programs used to encode name and address lists with ethnic characteristics, seeks imposition of a constructive trust or resulting trust as well as replevin of various creative works, of which he is the sole author, that are maintained at the offices of defendant Ethnic Technologies, LLC.

## THE PARTIES

2.      Plaintiff Peter Brownstein (hereinafter "Brownstein") is an individual residing at 54 Broad Avenue, Apt. 5B, Palisades Park, New Jersey 07650.  Brownstein is the owner of 50 percent of the issued shares of TAP Systems, Inc., a New Jersey Corporation (hereinafter "TAP"), which in turn is a 50 percent owner of defendant E-Tech, a New Jersey limited liability company.  As set forth below, Brownstein is also a manager and formerly the Chief Information Officer of E-Tech, the author of multiple computer programs used in the business of E-Tech, including a series of programs which he holds the copyright for, and the putative co-author of the Lindsay Cultural Identification System for which two copyrights were filed in 1996.

3.      Defendant Tina Lindsay (hereinafter "Lindsay") is an individual residing at 44 Briarwood Avenue, Keansburg, New Jersey 07734.  Lindsay is the other 50 percent shareholder of TAP and is also a manager and Chief Financial Officer, Director of Research of E-TECH. She is the co-author of a work previously known as the "Lindsay Cultural Identification System" (hereinafter "LCID"), an ethnic determinant system for which two copyrights were filed in 1996.

4.      Defendant Ethnic Technologies, LLC ("E-Tech") is located at 600 Huyler Street, South Hackensack, New Jersey 07606 and is a joint venture between TAP and Consumers Marketing Research, Inc. ("CMR").  E-Tech provides list and data enhancement services for ethnic, religious, and language preference for targeted marketing and other uses.  Its products include software licensed to third parties, name and address list encoding for ethnic characteristics and the sale of direct mail lists targeting specific ethnic or language groups.

## JURISDICTION AND VENUE

5.     This is an action seeking a declaratory judgment, pursuant to 28 U.S.C. §2201, declaring Plaintiff Brownstein a co-author and co-owner of two copyrighted works falsely registered by Lindsay as her own works.

6.     This Court has original subject matter jurisdiction over this matter under 28 U.S.C. §1338(a) because it seeks declaratory judgment concerning questions of federal law arising under the U.S. Copyright Act, 17 U.S.C. §101 et seq.

7.     This Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. § 1367 as they are so related to claims in the action within the original jurisdiction of this Court that they form part of the same case or controversy.

8.     Upon information and belief, Lindsay is a New Jersey domiciliary who maintains a New Jersey residence in this district and is subject to general jurisdiction within this State.

9.     Venue is proper under 28 U.S.C. § 1400(a) in that the Defendants reside in this district are subject to personal jurisdiction in this district at the commencement of this action, and because the events which gave rise to this claim occurred in this district.

## FACTS

10.     Lindsay and Brownstein were co-workers at Future Prospective Clients, Inc. and List Services Direct, Inc. in the early 1990s. Between 1993 and January, 1996, Lindsay developed a process for identifying a person's probable ethnic characteristics (race, ethnic background, language, religion) based on a set of rules applied to the person's name and address. Lindsay's work was done outside of her regular employment duties.

11.     Brownstein, also working outside the scope of his employment, wrote a set of computer programs to apply Lindsay's process to databases containing names and addresses, a process that would ultimately come to be known as ethnic encoding.

12.     Lindsay, as the sole author, filed a copyright registration, No. TXu-730-872, effective February 12, 1996, entitled "An ethnic determinant system: knowledge and role exception basis" (the "872 Registration").  A true and accurate copy of the certificate of the 872 Registration is attached hereto as **Exhibit A.**

13.     The 872 Registration contains a document entitled "Ethnic System - System Design for Encoding a Residential Database or Business Database with Contact Manes," dated October 1994.  A true and accurate copy of this document is attached hereto as **Exhibit B**.

14.     The October 1994 document is a description of the work jointly created by Brownstein and Lindsay and indicates that the work was in fixed form at or about that time.

15.     On June 17, 1996, TAP was organized under New Jersey law.  Lindsay and Brownstein each received 50 percent of the shares of TAP.  Lindsay was elected president and Brownstein was elected secretary/treasurer.

16.     Lindsay then secured a second copyright registration, No. TXu-778-127, effective December 10, 1996 (the "127 Registration"), also as the sole author.  The claim alleged the addition of new matter and that Lindsay was the sole author of the work.  Brownstein was not supplied with a copy of the certificate of registration.  A true and accurate copy of the certificate of the 127 Registration is attached hereto as **Exhibit C.**

17.     On June 1, 1997, Lindsay, individually, as the copyright holder, executed a "Software License Agreement" conveying to TAP the exclusive license to market, demonstrate and distribute the matter covered by the copyrights.  The licensed product was identified as the

Lindsay Cultural Identity Determiner ("LCID") that "consists of a set of both computer programs and data files."  A true and correct copy of the license is attached hereto as **Exhibit D.**

18.     The Ethnic Determinant System, later known as the LCID, is a joint work, including both the rules created by Lindsay for ethnic encoding and the source code of the computer programs created by Brownstein, that were fixed in a tangible form in or about October 1994.  Brownstein's work was incorporated into the subsequent registrations filed by Lindsay. See **Exhibit A.**  The application falsely states that the Lindsay is the sole author of said derivative works, omitting Brownstein as the co-author.

19.     In 1997, Brownstein created at least six computer programs to enhance the LCID. Brownstein applied for and received a certificate of U.S. copyright registration to the source code of said six computer programs, as derivative works of the LCID, in his own name as author.  A true and accurate copy of the certificate of registration for these programs is attached hereto as **Exhibit E**.

20.     On or about September 26, 1997, TAP entered into a joint venture agreement with Consumers Marketing Research, Inc., a New Jersey Corporation (hereinafter "CMR"), to form a limited liability company.  As a part of said agreement, TAP licensed its intellectual property including the LCID and its derivative works (now called the TAP System) to the LLC and CMR also licensed its database of ethnic names.  Brownstein, Lindsay and Ginger Nelson ("Nelson") were named managers of the LLC.  The agreement specifically disclaimed any agency relationship between the members.

21.     In 1998, Brownstein created at least two computer programs to enhance the LCID.  Brownstein applied for and received a certificate of U.S. copyright registration to the source code of said two computer programs, as derivative works of the LCID, in his own name

as author.  A true and accurate copy of the certificate of registration for these programs is attached hereto as **Exhibit F**.

22.     On or about December 28, 2000, TAP entered into the operating agreement with CMR, to form Ethnic Technologies, LLC, a New Jersey limited liability company ("E-Tech"). Subject to said agreement, TAP licensed its TAP System through December 31, 2017, at which time E-Tech is to dissolve and distribute its assets to the members.

23.     From 2000 to June 2009, Brownstein created numerous computer programs to enhance the LCID.  Each such program was identified as the property of TAP Systems.

24.     In May 2009, Brownstein commenced an action in the Superior Court of New Jersey, Chancery Division, Bergen County, captioned <u>Brownstein v. Lindsay</u>, No. C-150-09, alleging, *inter alia,* that Nelson, Lindsay and E-Tech's Chief Executive Officer were attempting exclude Brownstein from the business.  Defendants Nelson and Lindsay purported to "terminate" Brownstein as Chief Information Officer and have excluded him from the premises.   On September 4, 2009, Brownstein consented, without admission of liability, to an injunction prohibiting him from entering E-Tech's premises.  A companion matter, <u>Lindsay v. Brownstein</u>, Docket No. C-209-09, was subsequently filed seeking a compelled share of Brownstein's interest in TAP and E-Tech.

25.     During the course of discovery, Brownstein's attorneys had reason to suspect that the 127 Registration contained computer programs that he had authored and sought to secure a copy of the deposited work for review.   The U.S. Copyright Office, however, rejected the request.  Brownstein first discovered the existence and scope of the 127 Registration as a joint work when Lindsay testified that she had incorporated Brownstein's programs in the 127

Registration during her deposition in February 2010. Brownstein also first discovered the existence of the license from Lindsay to TAP in February 2010.

26.     Brownstein thereafter demanded of Lindsay, through her counsel, that she amend the 127 Registration.  A true and accurate copy of letter correspondence from Jay R. McDaniel, Esq. to Thomas S. Howard, Esq., dated March 5, 2010, is attached hereto as **Exhibit G**.

27.     Lindsay's lawyer expressly repudiated Brownstein's co-ownership of the LCID by letter dated March 9, 2010.  A true and accurate copy of letter correspondence from Thomas S. Howard, Esq. to Jay R. McDaniel, Esq., dated March 9, 2010, is attached hereto as **Exhibit H**.

**COUNT I**
**<u>(Declaratory Judgment as to the LCID)</u>**

28.     Brownstein repeats and re-alleges the foregoing paragraphs as if fully set forth herein.

29.     The Ethnic Determination System/LCID, the subject of the 872 and 127 Registrations, is a joint work, incorporating the encoding rules authored by Lindsay and the programs written by Brownstein as a complete work.  Brownstein is the co-author and co-owner of the copyrighted work as provided for by the Copyright Act, 17 U.S.C. §101, et seq.

30.     Upon information and belief, Lindsay was aware of Brownstein's ownership interest and, with scienter, failed to apprise Brownstein of the fact that his programs had been incorporated into the 872 and 127 Registrations, or that she had made the written assignment of the LCID to TAP.

31.     Brownstein discovered the existence of the joint work only as a result of litigation involving the principals of E-Tech.  He was at all times treated as the co-owner of TAP's

intellectual property and had no reason to believe that Lindsay was claiming the LCID, including his programs, for herself.

32.    Lindsay's express repudiation of Brownstein's ownership in the LCID is in direct conflict with his ownership rights.

33.    By virtue of the foregoing, an actual and justiciable controversy exists between Brownstein and Lindsay with respect to whether Brownstein is the co-author of the LCID.

34.    Accordingly, Brownstein is entitled to a declaration that he is the co-author of the LCID and co-owner of the copyright to the LCID.

**WHEREFORE,** Plaintiff demands judgment against defendant as follows:

A.  A declaration that Brownstein is the co-author of the LCID and co-owner of the copyright to the LCID;

B.  A declaration that the 3082 and 8127 certificates of U.S. copyright registration to the LCID in the name of Tina Lindsay be corrected to add Brownstein as the co-author of the works;

C.  A declaration that unilateral assignment by Lindsay of the LCID to TAP does not convey the interest of Brownstein as joint author of the work;

D.  A declaration of a reasonable royalties arising from the use of the LCID;

E.  For attorney fees and cost of the suit;

F.  For such other and further relief as the Court deems appropriate.

## COUNT II
### (Imposition of a Constructive Trust)

35.     Brownstein repeats and re-alleges the foregoing paragraphs as if fully set forth herein.

36.     From the time that TAP was formed through the present, Lindsay and Brownstein were fiduciaries to each other as owners of TAP and as Managers of E-Tech.

37.     In breach of the duties of loyalty and care, Lindsay failed to disclose to Brownstein that the 872 and 127 Registrations concerned a joint work of which Brownstein was the co-author.

38.     Brownstein has contributed to the development of the LCID extensively, writing approximately 100 programs for its development and application and supervising the development of multiple derivate works, including software for multiple platforms.

39.     Lindsay has disclaimed Brownstein's rights as co-author and is seeking to exclude him from the business of E-Tech, which successfully markets the LCID and derivative works.

40.     Lindsay will be unjustly enriched if she is permitted to retain sole ownership of the LCID and, accordingly, a constructive trust must be declared concerning the work and in the receipt of all proceeds, past and future, received as a result of the exploitation of the LCID.

**WHEREFORE,** plaintiff demands judgment against defendants as follows:

    A.  Imposition of a constructive trust on the LCID for the benefit of TAP and Brownstein;

    B.  Imposition of an equitable lien on the LCID in favor of Brownstein;

    C.  An accounting for the royalties due and owing to Brownstein as co-author;

    D.  For attorney fees and cost of the suit;

    E.  For such other and further relief as the Court deems appropriate.

## COUNT III
## (Imposition of a Resulting Trust)

41.     Brownstein repeats and re-alleges the foregoing paragraphs as if fully set forth herein.

42.     Brownstein has contributed to the development of the LCID extensively, writing approximately 100 programs for its development and application and supervising the development of multiple derivate works, including software for multiple platforms.

43.     Brownstein's work has been incorporated in the joint work contained in the 127 Registration and the derivative works thereafter developed by E-Tech.

44.     At no time did Brownstein intend to convey his ownership interest in the intellectual property he developed individually, nor to convey any right to make derivative works.

45.     A resulting trust should be imposed on the LCID to the extent necessary to protect Brownstein's interest.

**WHEREFORE,** plaintiff demands judgment against defendants as follows:

A.  Imposition of a resulting trust on the LCID for the benefit of Brownstein;

B.  Imposition of an equitable lien on the LCID in favor of Brownstein;

C.  An accounting for the royalties due and owing to Brownstein as co-author;

D.  For attorney fees and cost of the suit;

E.  For such other and further relief as the Court deems appropriate.

## COUNT IV
### (Replevin)

46.     Brownstein repeats and re-alleges the foregoing paragraphs as if fully set forth herein.

47.     Brownstein has contributed to the development of the LCID extensively, writing approximately 100 programs for its development and application and supervising the development of multiple derivate works, including software for multiple platforms.

48.     The foregoing programs contain the individually owned intellectually property of Brownstein, much of it developed over a career as a software developer.

49.     All works created prior to the execution of the 2000 agreement between TAP and CMR are the individual property of Brownstein and he claims authorship and the copyrights thereof.

50.     Brownstein stored these programs on removable media in his office at E-Tech and on designated storage locations on the E-Tech network. Defendants have locked Brownstein out of the offices of E-Tech and refuse to provide Brownstein copies of programs that he authored.

51.     The foregoing conduct wrongfully interferes with Brownstein's rights as author, including the right to make copies of work that he authored and the right to prevent the unauthorized use by others.

**WHEREFORE,** plaintiff demands judgment against defendants as follows:

A.  For replevin of copies of all programs authored by Brownstein;

B.  For an order prohibiting the destruction or obliteration of archival copies of the software utilized by E-Tech;

C.  For attorney fees and cost of the suit;

D.  For such other and further relief as the Court deems appropriate.

**JURY DEMAND**

Plaintiff Brownstein demands trial by jury of all issues so triable.


DATED:  January 9, 2012               THE MCDANIEL LAW FIRM, P.C.

By:  _____
     Jay R. McDaniel, Esq.
     *Attorneys for Plaintiff Peter Brownstein*


**LOCAL RULE 11.2 CERTIFICATION**

I certify that to the best of my knowledge, the matter in controversy is not the subject of

any other action pending in any court, or of any pending arbitration or administrative proceeding.


DATED:  January 9, 2012               THE MCDANIEL LAW FIRM, P.C.

By:  _____
     Jay R. McDaniel, Esq.
     *Attorneys for Plaintiff Peter Brownstein*

# EXHIBIT A



CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TXu 730-872**

EFFECTIVE DATE OF REGISTRATION

FEB 12 1996

Month · Day · Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
An Ethnic Determinant System — Knowledge and Rule/Exception Basis

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
TINA LINDSAY

DATES OF BIRTH AND DEATH
Year Born ▼ 1941    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[X] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. ◄ Year 1996

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◄ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
TINA LINDSAY
44 BRIARWOOD AVENUE
KEANSBURG, NJ 07734

APPLICATION RECEIVED
FEB 12 1996
ONE DEPOSIT RECEIVED
FEB 12 1996
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM TX

EXAMINED BY ☑

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☒ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

TINA LINDSAY
44 BRIARWOOD AVENUE
KEANSBURG NJ 07734

Area Code and Telephone Number ▶ 201 495 6233

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

TINA  LINDSAY                     date ▶ 1/7/96

☞ Handwritten signature (X) ▼

Tina Lindsay

**MAIL
CERTIFI-
CATE TO**

Name ▼
TINA LINDSAY

Number Street Apartment Number ▼
44 BRIARWOOD AVENUE

City State ZIP ▼
KEANSBURG NJ 07734

**Certificate
will be
mailed in
window
envelope**

**● YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000          ☐ PRINTED ON RECYCLED PAPER                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,019

EXHIBIT B

ETHNIC SYSTEM
SYSTEM DESIGN FOR ENCODING A RESIDENTIAL DATABASE
OR BUSINESS DATABASE WITH CONTACT MANES

TINA LINDSAY
OCTOBER, 1994

ETHNIC TABLE

THIS IS A DESIGN OF AN ETHNIC TABLE USED IN CORRESPONDENCE WITH
A FILE ENCODED WITH 2 TWO POSITION ETHNIC CODES. GIVEN ANY ETHNIC CODE
FROM THE BELOW VALUES, INFERENCE LOGIC DETERMINES THE MOST
LIKELY RACE AND RELIGION .THE RESULTING TABLE MAY BE USED TO DETERMINE
THE ETHNICITY OF ANY LAST NAME FOUND IN A LIST.

THE ETHNICITY OF A SURNAME IS BEST APPLIED AT A HOUSEHOLD LEVEL, BUT
IS NOT NECCESSARILY LIMITED TO IT.IN ORDER TO AVOID ERRORS MADE IN
COMPETITORS ETHNIC SYSTEMS, THE CODES SPECIFIED HEREIN MAY BE
APPLIED TO ALL MALES AND UNMARRIED FEMALES. THE CODE MAY BE
APPLIED TO ALL RESIDENCES SHOULD A CUSTOMER PREFER A LOOSER SELECT.
-------------
FOLLOWING ARE THE CODES USED TO ENCODE A MASTER LIST:

| CODE | ETHNICITY DESCRIPTOR | INFERRED RELIGION | INFERRED RACE |
|------|----------------------|-------------------|---------------|
| 00 | UNKNOWN | - | - |
| 01 | ENGLISH | P | W |
| 02 | SCOTCH | P | W |
| 03 | DANISH | P | W |
| 04 | SWEDISH | P | W |
| 05 | NORWEGIAN | P | W |
| 06 | FINNISH | P | W |
| 07 | ICELANDIC | P | W |
| 08 | DUTCH | P | W |
| 09 | BELGIAN | P | W |
| 10 | GERMAN | P | W |
| 11 | AUSTRIAN | C | W |
| 12 | HUNGARIAN | C | W |
| 13 | CZECH | C | W |
| 14 | SLOVAKIAN | C | W |
| 15 | IRISH | C | W |
| 16 | WELSH | C | W |
| 17 | FRENCH | C | W |
| 18 | NOT USED | | |
| 19 | ITALIAN | C | W |
| 20 | SPANISH | C | W |
| 21 | PORTUGUES | C | W |
| 22 | POLISH | C | W |
| 23 | ESTONIAN | O | W |
| 24 | LATVIAN | O | W |
| 25 | LITHUANIAN | O | W |
| 26 | UKRAINIAN | O | W |
| 27 | GEORGIAN | O | W |
| 28 | BYELORUSSIAN | O | W |
| 29 | ARMENIAN | O | W |
| 30 | RUSSIAN | O | W |
| 31 | TURK | I | W |
| 32 | NOT USED | | |
| 33 | GREEK | O | W |
| 34 | PERSIAN | I | W |
| 35 | NOT USED | | |
| 36 | BULGARIAN | O | W |

| | | | |
|---|---|---|---|
| 37 | ROMANIAN | O | W |
| 38 | ALBANIAN | O | W |
| 39 | AMERICAN INDIAN | X | O |
| 40 | SLOVENIAN | I | W |
| 41 | CROATIAN | C | W |
| 42 | SERBIAN | O | W |
| 43 | BOSNIAN | I | W |
| 44 | AZERBEJANIAN | I | W |
| 45 | KAZAKHSTANI | I | W |
| 46 | AFGHANISTANI | I | W |
| 47 | PAKISTANI | I | W |
| 48 | BENGLADESH | I | W |
| 49 | INDONESIAN | I | ? |
| 50 | INDIAN | H | W |
| 51 | BURMESE | B | O |
| 52 | MONGOLIAN | B | O |
| 53 | CHINESE | B | O |
| 56 | KOREAN | B | O |
| 57 | JAPANESE | S | O |
| 58 | THAI | B | O |
| 59 | MALAY | B | O |
| 60 | LAOTIAN | B | O |
| 61 | KHMER | B | O |
| 62 | VIETNAMESE | B | O |
| 63 | SRI LANKAN | X | O |
| 64 | UZBEKISTANI | I | W |
| 65 | OTHER ORIENTAL | B | O |
| 66 | JEWISH | J | W |
| 67 | NOT USED | | |
| 68 | NOT USED | | |
| 69 | NOT USED | | |
| 70 | ARAB | I | A |
| 71 | NOT USED | | |
| 72 | NOT USED | | |
| 73 | NOT USED | | |
| 74 | NOT USED | | |
| 75 | NOT USED | | |
| 76 | NOT USED | | |
| 77 | NOT USED | | |
| 78 | NOT USED | | |
| 79 | RUANDAN | X | B |
| 80 | NOT USED | | |
| 81 | SENEGALESE | X | B |
| 82 | NOT USED | | |
| 83 | NOT USED | | |
| 84 | MOROCCAN | I | A |
| 85 | BLACK AFRICAN | X | B |
| 86 | KENYA | X | B |
| 87 | NIGERIAN | X | B |
| 88 | GHANA | X | B |
| 89 | ZAMBIAN | X | B |
| 90 | ZAIRE | X | B |
| 91 | SURINAM | X | B |
| 92 | MOZAMBIQUE | X | B |
| 93 | IVORY COAST | X | B |
| 94 | BHUTANESE | X | B |
| 95 | ETHIOPIAN | X | B |
| 96 | UGANDAN | X | B |
| 97 | BOTSWANIAN | X | B |
| 98 | CAMEROON | X | B |
| 99 | ZIMBABWE | X | B |
| 9A | NAMIBIAN | X | B |
| 9B | NOT USED | | |
| 9C | NOT USED | | |
| 9D | GAMBIA | X | B |
| 9E | NOT USED | | |

| 9F | MACEDONIAN | W | O |
| 9G | MALAWLI | X | B |
| 9H | MOLDAVIAN | W | O |
| 9I | ANGOLA | X | B |
| 9J | CHECHNIAN | I | W |

RELIGION  C=CATHOLIC,  P=PROTESTANT,  I=ISLAMIC,  B=BUDDHIST,
          X=UNKNOWN,   S=SHINTO,   H=HINDU,   O=ORTHODOX

RACE      W=WHITE,    B=BLACK,        O=ORIENTAL,  A=ARAB
          ?=NOT KNOWN

NOTES:

THERE WILL BE TWO ETHNIC CODES PER NAME ON THE VSAM FILE TO ALLOW
FOR CASES WHERE THE SURNAME IS GERMAN/JEWISH, RUSSIAN/JEWISH, ETC.,
OR WHERE NAMES ARE USED BY MORE THAN ONE NATIONALITY. FOR INSTANCE,
JONES MAY BE WELSH OR ENGLISH, THE SAME WITH EVANS. OHARA MIGHT BE
IRISH OR IT MIGHT BE JAPANESE.

SOME COUNTRIES AVOIDED BY INTENTION---  AUSTRALIA, MONACO, LATIN
AMERICAN INCLUDED IN SPANISH, BRAZILIAN IN PORTUGUES, ITALIAN, ETC.
CARRIBBEAN COUNTRIES ARE BRITISH, FRENCH, PORTUGUES ETC BY SURNAME.
SWISS IS MOSTLY ITALIAN, FRENCH, AND  GERMAN.

THERE ARE PROBABLY AMERICAN ETHNIC NAMES BY NOW, OTHER THAN INDIAN.
THESE ARE GENERALLY THE RESULT OF LOCATIONAL NAMING, E.G., THE SURNAME
BERLIN RESULTED FROM THE PLACE HAVING THAT NAME. WE MAY WELL FIND
A JOE SECAUCUS LIVING AROUND HERE SOMEDAY. OR MAYBE A JOHN DENVER!

---

## CREATION OF ETHNIC MASTER

THE FOLLOWING DESCRIBES THE PROCESS TO ENCODE ETHNICITY ONTO A
PRESCRIBED TWO POSITION FIELD ON THE CUSTOMERS MASTER:

STEP 1. CREATE INDIVIDUAL RECORDS FOR AN ETHNIC SURNAME MASTER.

THE FILE 'ETHNIC' HAS 2 TYPES OF RECORDS:

WHERE COLUMN 1 = '*', COL 2-3 CARRIES AN ETHNIC CODE. THIS CODE IS TO
   BE APPLIED TO ALL RECORDS FOLLOWING IT UNTIL ANOTHER '*' RECORD IS
   ENCOUNTERED.
WHERE COLUMN 1 = ANYTHING BUT ASTERISK, THE RECORD IS:
   01-20   NAME
   21-40   NAME
   41-60   NAME
   61-80   NAME
THERE ARE FOUR NAMES PER RECORD, EACH OF WHICH WILL RECEIVE THE ETHNIC
   DESIGNATION OF THE ASTERISK RECORD PRECEDING THEM. WHERE THE SECOND,
   THIRD, OR FOURTH RECORD CONTAINS SPACES, NO RECORD SHOULD BE CREATED.

STEP 2. SORT THE RESULTING FILE INTO NAME, ETHNIC CODE SEQUENCE.

STEP3. CREATE A VSAM FILE FOR ETHNIC MASTER. PRIMARY KEY = SURNAME.
       ALLOW FOR 2 ETHNIC CODES PER RECORD, AS DESCRIBED ABOVE.

STEP4. SORT ETHNIC TAPE INTO SURNAME ORDER. THEN REFORMAT THE SORTED
       TAPE TO ALLOW FOR TWO ETHNIC CODES. WHEN PASSING TAPE, WHERE
       THERE ARE MORE THAN ONE INSTANCE OF A SURNAME, FILL IN THE
       SECOND CODE. DON'T WORRY ABOUT INSTANCES OF MORE THAN 2 FOR NOW.

STEP5. ENCODE THE RESIDENTIAL MASTER BY PASSING IT VERSUS THE VSAM
       ETHNIC MASTER. WHERE THERE IS A MATCH, TAKE THE CODE FROM THE
       ETHNIC MASTER AND PUT IT IN THE ETHNIC CODE OF THE CUSTOMER

10

MASTER. WHERE THE MATCH HAS BOTH ETHNIC CODES FILLED IN, USE
THE SECOND CODE. THIS ALLOWS US TO PROCESS JEWISH ETHNICS
(AT THE EXPENSE OF GERMAN, RUSSIAN, ETC.). THE ORDER MAY BE
A CUSTOMER SELECTION.

WHERE THERE IS NO MATCH, TAKE THE LAST 5 POSITIONS OF THE
SURNAME AND STORE IT IN A MULTI-DEFINABLE WORKING STORAGE FIELD
SO THAT THE PROGRAM CAN ADDRESS THE LAST 2,3,4,OR 5 POSITIONS.

USE THE FOLLOWING SURNAME SUFFIXES TO ASSIGN ETHNICITY TO THE
CUSTOMER MASTER.IT MUST BE DONE IN ORDER OF SIZE, THAT IS
LAST 5 FIRST, THEN LAST 4, THEN LAST 3. THIS WILL PREVENT A
PROBLEM WHERE LAST 2 COULD BE THE SAME AS LAST 5.

```
IF THE LAST 5 = BROOK,  CODE = 01 ENGLISH
                FIELD          01 ENGLISH
                WORTH          01 ENGLISH
                NGTON          01 ENGLISH
                GROVE          01 ENGLISH
                HOUSE          01 ENGLISH
                SHIRE          01 ENGLISH
                OTTOM          01 ENGLISH
                CRAFT          01 ENGLISH
                CROFT          01 ENGLISH
                WATER          01 ENGLISH
                STONE          01 ENGLISH
                LEDGE          01 ENGLISH
                COURT          01 ENGLISH
                CLIFF          01 ENGLISH
                MARSH          01 ENGLISH
                TREET          01 ENGLISH
                FORTH          01 ENGLISH
                SMITH          01 ENGLISH
                PHREY          16 WELSH
                OSHIN          30 RUSSIAN
                EVICH          30 RUSSIAN
                OVICH          42 SERBIAN
                VITCH          30 RUSSIAN
                STEIN          10 GERMAN
                STADT          10 GERMAN
                SCHKE          10 GERMAN
                HORST          10 GERMAN
                HUBER          10 GERMAN
                HARDT          10 GERMAN
                HMIDT          10 GERMAN
                CHNER          10 GERMAN
                AUSEN          10 GERMAN
                INGER          10 GERMAN
                HNECK          10 GERMAN
                CHEID          10 GERMAN
                SCHEN          10 GERMAN
                SCHER          10 GERMAN
                ACHER          10 GERMAN
                TTNER          10 GERMAN
                AUBER          10 GERMAN
                HAMER          10 GERMAN
                EIMER          10 GERMAN
                ERICH          10 GERMAN
                RECHT          10 GERMAN
                REICH          10 GERMAN
                FEUER          10 GERMAN
                ELMAN          66 JEWISH
                VILLE          17 FRENCH
                KOSKI          06 FINN
                LEHTO          06 FINN
                KKOLA          O6 FINN
```

| | | |
|---|---|---|
| LAHTI | 06 | FINN |
| JARVI | 06 | FINN |
| PELTO | 06 | FINN |
| RANTA | 06 | FINN |
| NIEMI | 06 | FINN |
| VISTO | 06 | FINN |
| AITIS | 26 | UKRAINIAN |
| USKAS | 26 | UKRAINIAN |
| INSKA | 25 | LITHUANIAN |
| ARTIS | 25 | LITHUANIAN |
| ICIUS | 25 | LITHUANIAN |
| STROM | 04 | SWEDISH |
| KVIST | 04 | SWEDISH |
| QVIST | 04 | SWEDISH |
| HJELM | 04 | SWEDISH |
| QUIST | 04 | SWEDISH |
| OULOS | 33 | GREEK |
| CCHIA | 19 | ITALIAN |
| CCHIO | 19 | ITALIAN |
| BERTI | 19 | ITALIAN |
| GHINI | 19 | ITALIAN |
| LIANO | 19 | ITALIAN |
| IANCO | 19 | ITALIAN |
| CHESI | 19 | ITALIAN |
| DONNA | 19 | ITALIAN |
| CHINA | 19 | ITALIAN |
| CHINI | 19 | ITALIAN |
| CHINO | 19 | ITALIAN |
| ATSIS | 33 | GREEK |
| HARIS | 33 | GREEK |
| ARKOS | 33 | GREEK |
| ZITIS | 33 | GREEK |
| OURIS | 33 | GREEK |
| OUNAS | 33 | GREEK |
| OUNIS | 33 | GREEK |
| OULIS | 33 | GREEK |
| TIDES | 33 | GREEK |
| LATOS | 33 | GREEK |
| LOGOS | 33 | GREEK |
| ANNOU | 33 | GREEK |
| OURAS | 33 | GREEK |
| RCHOS | 33 | GREEK |
| APPAS | 33 | GREEK |
| ARVIS | 33 | GREEK |
| POULO | 33 | GREEK |
| LEXIS | 33 | GREEK |
| IADES | 33 | GREEK |
| IANIS | 33 | GREEK |
| POULI | 33 | GREEK |
| OGLOU | 33 | GREEK |
| IOTIS | 33 | GREEK |
| VANIS | 33 | GREEK |
| MAKIS | 33 | GREEK |
| MATSU | 57 | JAPANESE |
| SHIKI | 57 | JAPANESE |
| SHIMA | 57 | JAPANESE |
| SHITA | 57 | JAPANESE |
| TSUBO | 57 | JAPANESE |
| IGAME | 57 | JAPANESE |
| SINGH | 50 | INDIAN |
| SWANI | 50 | INDIAN |
| SWAMI | 50 | INDIAN |
| SWAMY | 50 | INDIAN |
| NDANI | 50 | INDIAN |
| APATI | 50 | INDIAN |
| PALLI | 50 | INDIAN |

12

| | | |
|---|---|---|
| URTHY | 50 | INDIAN |
| RHADI | 50 | INDIAN |
| THULA | 50 | INDIAN |
| PATHY | 50 | INDIAN |
| SHNAN | 50 | INDIAN |
| LLIER | 17 | FRENCH |
| IGNON | 17 | FRENCH |
| LETTE | 17 | FRENCH |
| NNIER | 17 | FRENCH |
| OISIN | 17 | FRENCH |
| SSIER | 17 | FRENCH |
| VOORT | 08 | DUTCH |
| BRINK | 08 | DUTCH |
| OUTEN | 08 | DUTCH |
| UIZEN | 08 | DUTCH |
| BAKER | 08 | DUTCH |
| SHANK | 08 | DUTCH |
| MAYER | 08 | DUTCH |
| AIKEN | 08 | DUTCH |
| HOVEN | 08 | DUTCH |
| PLOEG | 08 | DUTCH |
| BERGH | 08 | DUTCH |
| HAKER | 08 | DUTCH |
| BRUCK | 08 | DUTCH |
| MAKER | 08 | DUTCH |
| HUSEN | 08 | DUTCH |
| INKEL | 08 | DUTCH |
| IMMER | 08 | DUTCH |
| UISEN | 08 | DUTCH |
| ENCIA | 20 | SPANISH |
| VARES | 20 | SPANISH |
| ARRIA | 20 | SPANISH |
| ENDEZ | 20 | SPANISH |
| ENTES | 20 | SPANISH |
| IERDO | 20 | SPANISH |
| IEROS | 20 | SPANISH |
| OUREZ | 20 | SPANISH |
| UAREZ | 20 | SPANISH |
| UESTA | 20 | SPANISH |
| UERRA | 20 | SPANISH |
| UELOS | 20 | SPANISH |
| UENTE | 20 | SPANISH |
| ANDEZ | 20 | SPANISH |
| RATHY | 50 | INDIAN |
| SKAYA | 30 | RUSSIAN |
| SHEVA | 30 | RUSSIAN |
| CHEVA | 30 | RUSSIAN |
| OWSKI | 22 | POLISH |
| OWSKA | 22 | POLISH |
| AZZIZ | 70 | ARAB |
| HAKIM | 70 | ARAB |
| ALEEM | 70 | ARAB |
| ALLAH | 70 | ARAB |
| KARIM | 70 | ARAB |
| HALIK | 70 | ARAB |
| HALIQ | 70 | ARAB |
| MALIK | 70 | ARAB |
| AHEEM | 70 | ARAB |
| RAHIM | 70 | ARAB |
| KHANI | 70 | ARAB |
| SAYED | 70 | ARAB |
| AHMIN | 70 | ARAB |
| ZADEH | 70 | ARAB |
| WAHAB | 70 | ARAB |
| JABER | 70 | ARAB |
| JABIR | 70 | ARAB |

13

13

```
                          MAJID        70  ARAB
                          SALAM        70  ARAB
                          AKOOR        70  ARAB
                          JAWAD        70  ARAB
                          ASSIH        70  ARAB
                          QADIR        70  ARAB
                          OLICK        00  TO BE DETERMINED 02,66,70
                          IECKO        00  TO BE DETERMINED 22
                          SCHAK        00  TO BE DETERMINED
                          VANEK        00  TO BE DETERMINED
                          DRCKA        00  TO BE DETERMINED
                          DECKI        00  TO BE DETERMINED
                          DUCKI        00  TO BE DETERMINED
                          TULLA        00  TO BE DETERMINED 70,34
                          RULLA        00  TO BE DETERMINED70,34
  IF THE LAST 4 =         FORD,  CODE = 01  ENGLISH
                          ITIS         25  LITHUANIAN
                          UNAS         25  LITHUANIAN
                          UNIS         25  LITHUANIAN
                          ONIS         26  UKRAINIAN
                          CIUS         25  LITHUANIAN
                          ADZE         27  GEORGIAN
                          IDZE         27  GEORGIAN
                          VILI         27  GEORGIAN
                          BURY         01  ENGLISH
                          IGHT         01  ENGLISH
                          NESS         01  ENGLISH
                          WALL         01  ENGLISH
                          WOOD         01  ENGLISH
                          COCK         01  ENGLISH
                          CLAY         01  ENGLISH
                          SLEY         01  ENGLISH
                          KLEY         01  ENGLISH
                          BLEY         01  ENGLISH
                          TLEY         01  ENGLISH
                          CHAM         01  ENGLISH
                          COMB         01  ENGLISH
                          OUGH         01  ENGLISH
                          HILL         01  ENGLISH
                          WICK         01  ENGLISH
                          HALL         01  ENGLISH
                          TREE         01  ENGLISH
                          COAT         01  ENGLISH
                          RELL         01  ENGLISH
                          PELL         01  ENGLISH
                          DELL         01  ENGLISH
                          WELL         01  ENGLISH
                          TELL         01  ENGLISH
                          BELL         01  ENGLISH
                          IDGE         01  ENGLISH
                          DALE         01  ENGLISH
                          KOLA         06  FINN
                          OSKI         06  FINN
                          ONEN         06  FINN
                          INEN         06  FINN
                          UNEN         06  FINN
                          IKKO         06  FINN
                          SALU         06  FINN
                          LAAN         06  FINN
                          AARI         06  FINN
                          KIVI         06  FINN
                          KKAN         06  FINN
                          ENKO         26  UKRAINIAN
                          WICZ         22  POLISH
                          WYCZ         22  POLISH
                          CZAK         22  POLISH
```

14

| | | |
|---|---|---|
| INSK | 22 | POLISH |
| IARZ | 22 | POLISH |
| SZCZ | 22 | POLISH |
| WIAK | 22 | POLISH |
| CZYK | 22 | POLISH |
| SZYN | 22 | POLISH |
| INKA | 22 | POLISH |
| RZAK | 22 | POLISH |
| STRA | 08 | DUTCH |
| KOOP | 08 | DUTCH |
| DYKE | 08 | DUTCH |
| BOOM | 08 | DUTCH |
| BOER | 08 | DUTCH |
| HUIS | 08 | DUTCH |
| SEMA | 08 | DUTCH |
| VELT | 08 | DUTCH |
| DONK | 08 | DUTCH |
| OOST | 08 | DUTCH |
| OORT | 08 | DUTCH |
| BEEK | 08 | DUTCH |
| BRUG | 08 | DUTCH |
| KEMA | 08 | DUTCH |
| KILL | 08 | DUTCH |
| HOUT | 08 | DUTCH |
| WERK | 08 | DUTCH |
| VEEN | 08 | DUTCH |
| IKER | 08 | DUTCH |
| YKER | 08 | DUTCH |
| ROEK | 08 | DUTCH |
| OOTE | 08 | DUTCH |
| ROOS | 08 | DUTCH |
| INCK | 08 | DUTCH |
| ANCK | 08 | DUTCH |
| VAAG | 08 | DUTCH |
| BLAD | 04 | SWEDISH |
| HOLM | 04 | SWEDISH |
| JELM | 04 | SWEDISH |
| DAHL | 04 | SWEDISH |
| LUND | 04 | SWEDISH |
| GREN | 04 | SWEDISH |
| STAD | 05 | NORWEGIAN |
| SKOG | 05 | NORWEGIAN |
| OGLU | 31 | TURKISH |
| ESCU | 37 | ROMANIAN |
| EANU | 37 | ROMANIAN |
| SECU | 37 | ROMANIAN |
| CALU | 37 | ROMANIAN |
| EAUX | 17 | FRENCH |
| AULT | 17 | FRENCH |
| QUET | 17 | FRENCH |
| INOT | 17 | FRENCH |
| SARD | 17 | FRENCH |
| ETTE | 17 | FRENCH |
| ELLE | 17 | FRENCH |
| MONT | 17 | FRENCH |
| LLOT | 17 | FRENCH |
| LLET | 17 | FRENCH |
| OUET | 17 | FRENCH |
| NEUR | 17 | FRENCH |
| CHET | 17 | FRENCH |
| ESNE | 17 | FRENCH |
| OIRE | 17 | FRENCH |
| BIER | 17 | FRENCH |
| MIER | 17 | FRENCH |
| KIER | 17 | FRENCH |
| LIER | 17 | FRENCH |

*16*

| | | |
|---|---|---|
| RIER | 17 | FRENCH |
| TIER | 17 | FRENCH |
| ZIER | 17 | FRENCH |
| WALD | 10 | GERMAN |
| DORF | 10 | GERMAN |
| THAL | 10 | GERMAN |
| BACH | 10 | GERMAN |
| BAUM | 10 | GERMAN |
| MANN | 10 | GERMAN |
| HAUS | 10 | GERMAN |
| ACHT | 10 | GERMAN |
| EITZ | 10 | GERMAN |
| RACH | 10 | GERMAN |
| SLER | 10 | GERMAN |
| KOPF | 10 | GERMAN |
| SCHE | 10 | GERMAN |
| RFER | 10 | GERMAN |
| ICHT | 10 | GERMAN |
| FUHR | 10 | GERMAN |
| FELD | 66 | JEWISH |
| GHAN | 15 | IRISH |
| IGAN | 15 | IRISH |
| IHAN | 15 | IRISH |
| AHAN | 15 | IRISH |
| EHAN | 15 | IRISH |
| AGAN | 15 | IRISH |
| ERTY | 15 | IRISH |
| ELLY | 15 | IRISH |
| UIRE | 15 | IRISH |
| ONEY | 15 | IRISH |
| NNEN | 15 | IRISH |
| NNAN | 15 | IRISH |
| VICI | 42 | SERB |
| OVIC | 42 | SERB |
| ANTE | 19 | ITALIAN |
| ASIO | 19 | ITALIAN |
| ARDI | 19 | ITALIAN |
| ALEO | 19 | ITALIAN |
| ALDI | 19 | ITALIAN |
| CINO | 19 | ITALIAN |
| CINA | 19 | ITALIAN |
| CINI | 19 | ITALIAN |
| CHIO | 19 | ITALIAN |
| CHIA | 19 | ITALIAN |
| CCHI | 19 | ITALIAN |
| DINA | 19 | ITALIAN |
| DINO | 19 | ITALIAN |
| EONE | 19 | ITALIAN |
| ELLO | 19 | ITALIAN |
| FOLO | 19 | ITALIAN |
| FUSO | 19 | ITALIAN |
| FANO | 19 | ITALIAN |
| GLIO | 19 | ITALIAN |
| GAMO | 19 | ITALIAN |
| GGIO | 19 | ITALIAN |
| GGIA | 19 | ITALIAN |
| GLIA | 19 | ITALIAN |
| GELO | 19 | ITALIAN |
| FANI | 19 | ITALIAN |
| IASI | 19 | ITALIAN |
| IASO | 19 | ITALIAN |
| IAMO | 19 | ITALIAN |
| IANO | 19 | ITALIAN |
| ISIO | 19 | ITALIAN |
| IEMO | 19 | ITALIAN |
| IATI | 19 | ITALIAN |

*16*

| | | |
|---|---|---|
| IATO | 19 | ITALIAN |
| IOLA | 19 | ITALIAN |
| IOTI | 19 | ITALIAN |
| IONE | 19 | ITALIAN |
| LINO | 19 | ITALIAN |
| LINI | 19 | ITALIAN |
| LANO | 19 | ITALIAN |
| LANI | 19 | ITALIAN |
| LUPO | 19 | ITALIAN |
| LUPE | 19 | ITALIAN |
| MICO | 19 | ITALIAN |
| NESE | 19 | ITALIAN |
| NARO | 19 | ITALIAN |
| NATO | 19 | ITALIAN |
| NATI | 19 | ITALIAN |
| OMEO | 19 | ITALIAN |
| ONIO | 19 | ITALIAN |
| ORSO | 19 | ITALIAN |
| OGIO | 19 | ITALIAN |
| ORDO | 19 | ITALIAN |
| ONSO | 19 | ITALIAN |
| ONZA | 19 | ITALIAN |
| OFFO | 19 | ITALIAN |
| ONTE | 19 | ITALIAN |
| OSIO | 19 | ITALIAN |
| OSIA | 19 | ITALIAN |
| RARO | 19 | ITALIAN |
| RESE | 19 | ITALIAN |
| RISI | 19 | ITALIAN |
| RINO | 19 | ITALIAN |
| RINI | 19 | ITALIAN |
| SCHI | 19 | ITALIAN |
| TINO | 19 | ITALIAN |
| TINA | 19 | ITALIAN |
| TANO | 19 | ITALIAN |
| TORE | 19 | ITALIAN |
| UOMO | 19 | ITALIAN |
| VINI | 19 | ITALIAN |
| VINO | 19 | ITALIAN |
| VINA | 19 | ITALIAN |
| ZUTO | 19 | ITALIAN |
| ZZIO | 19 | ITALIAN |
| UELA | 20 | SPANISH |
| REAL | 20 | SPANISH |
| EREZ | 20 | SPANISH |
| EVES | 20 | SPANISH |
| QUES | 20 | SPANISH |
| EIRA | 20 | SPANISH |
| CITO | 20 | SPANISH |
| TADO | 20 | SPANISH |
| QUEZ | 20 | SPANISH |
| GUEZ | 20 | SPANISH |
| IAGA | 20 | SPANISH |
| AJAL | 20 | SPANISH |
| ALHO | 20 | SPANISH |
| ELHO | 20 | SPANISH |
| ILLA | 20 | SPANISH |
| UENO | 20 | SPANISH |
| VEDA | 20 | SPANISH |
| UERO | 20 | SPANISH |
| EIDA | 20 | SPANISH |
| INHO | 20 | SPANISH |
| AKOS | 33 | GREEK |
| AKIS | 33 | GREEK |
| AKAS | 33 | GREEK |
| IKAS | 33 | GREEK |

17

| | | |
|---|---|---|
| EKIS | 33 | GREEK |
| EKOS | 33 | GREEK |
| GIOU | 33 | GREEK |
| IDES | 33 | GREEK |
| ETOS | 33 | GREEK |
| ITOS | 33 | GREEK |
| LIOU | 33 | GREEK |
| INOU | 33 | GREEK |
| SIOU | 33 | GREEK |
| ATSU | 57 | JAPANESE |
| ASHI | 57 | JAPANESE |
| AKAI | 57 | JAPANESE |
| AIKE | 57 | JAPANESE |
| AOKA | 57 | JAPANESE |
| ASAI | 57 | JAPANESE |
| BARA | 57 | JAPANESE |
| BORI | 57 | JAPANESE |
| BATA | 57 | JAPANESE |
| BUYA | 57 | JAPANESE |
| FANE | 57 | JAPANESE |
| GAWA | 57 | JAPANESE |
| GAKI | 57 | JAPANESE |
| GOMI | 57 | JAPANESE |
| GAMI | 57 | JAPANESE |
| GATA | 57 | JAPANESE |
| GIMA | 57 | JAPANESE |
| GETA | 57 | JAPANESE |
| GAYA | 57 | JAPANESE |
| GURO | 57 | JAPANESE |
| GUMO | 57 | JAPANESE |
| HARA | 57 | JAPANESE |
| HISA | 57 | JAPANESE |
| HIMA | 57 | JAPANESE |
| HIDA | 57 | JAPANESE |
| HOKI | 57 | JAPANESE |
| HAMA | 57 | JAPANESE |
| HIGE | 57 | JAPANESE |
| HIGA | 57 | JAPANESE |
| HIKA | 57 | JAPANESE |
| HIRO | 57 | JAPANESE |
| HIYA | 57 | JAPANESE |
| HIRA | 57 | JAPANESE |
| HATA | 57 | JAPANESE |
| ISHI | 57 | JAPANESE |
| IOKA | 57 | JAPANESE |
| ITSU | 57 | JAPANESE |
| ICHI | 57 | JAPANESE |
| JIMA | 57 | JAPANESE |
| JITA | 57 | JAPANESE |
| JITO | 57 | JAPANESE |
| JAKE | 57 | JAPANESE |
| KAWA | 57 | JAPANESE |
| KAMA | 57 | JAPANESE |
| KIYA | 57 | JAPANESE |
| KUDA | 57 | JAPANESE |
| KUSA | 57 | JAPANESE |
| KEDA | 57 | JAPANESE |
| KURA | 57 | JAPANESE |
| KIDA | 57 | JAPANESE |
| KANO | 57 | JAPANESE |
| KADO | 57 | JAPANESE |
| KAYA | 57 | JAPANESE |
| KUTA | 57 | JAPANESE |
| KADA | 57 | JAPANESE |
| KAMI | 57 | JAPANESE |
| KATA | 57 | JAPANESE |

18

| | | |
|---|---|---|
| KUBO | 57 | JAPANESE |
| MIZO | 57 | JAPANESE |
| MURA | 57 | JAPANESE |
| MORI | 57 | JAPANESE |
| MOTO | 57 | JAPANESE |
| MURI | 57 | JAPANESE |
| MADA | 57 | JAPANESE |
| MUTA | 57 | JAPANESE |
| MIDA | 57 | JAPANESE |
| NAKA | 57 | JAPANESE |
| NABE | 57 | JAPANESE |
| NAGA | 57 | JAPANESE |
| NOBU | 57 | JAPANESE |
| NUMA | 57 | JAPANESE |
| NEKO | 57 | JAPANESE |
| OIKE | 57 | JAPANESE |
| OSHI | 57 | JAPANESE |
| OOKA | 57 | JAPANESE |
| SAKA | 57 | JAPANESE |
| SARA | 57 | JAPANESE |
| SAKI | 57 | JAPANESE |
| SUKA | 57 | JAPANESE |
| SUNO | 57 | JAPANESE |
| SAWA | 57 | JAPANESE |
| SUDA | 57 | JAPANESE |
| SHIO | 57 | JAPANESE |
| SUTA | 57 | JAPANESE |
| SUJI | 57 | JAPANESE |
| TADA | 57 | JAPANESE |
| TSUO | 57 | JAPANESE |
| TSUI | 57 | JAPANESE |
| TAKE | 57 | JAPANESE |
| UCHI | 57 | JAPANESE |
| USHI | 57 | JAPANESE |
| UKAI | 57 | JAPANESE |
| UOKA | 57 | JAPANESE |
| WARA | 57 | JAPANESE |
| WATA | 57 | JAPANESE |
| WORO | 57 | JAPANESE |
| YAMA | 57 | JAPANESE |
| YAGI | 57 | JAPANESE |
| YODA | 57 | JAPANESE |
| YAWA | 57 | JAPANESE |
| YASU | 57 | JAPANESE |
| ZAKI | 57 | JAPANESE |
| ZAWA | 57 | JAPANESE |
| ZUMI | 57 | JAPANESE |
| ZUME | 57 | JAPANESE |
| ZEKI | 57 | JAPANESE |
| ZUKI | 57 | JAPANESE |
| ZAKA | 57 | JAPANESE |
| ZUNA | 57 | JAPANESE |
| SUKU | 57 | JAPANESE |
| SIKA | 57 | JAPANESE |
| NAGI | 57 | JAPANESE |
| KIBA | 57 | JAPANESE |
| NAKU | 57 | JAPANESE |
| WAKI | 57 | JAPANESE |
| JAKA | 57 | JAPANESE |
| SAKO | 57 | JAPANESE |
| TODA | 57 | JAPANESE |
| YORA | 57 | JAPANESE |
| SUMI | 57 | JAPANESE |
| KARI | 57 | JAPANESE |
| ORII | 57 | JAPANESE |
| TAKA | 57 | JAPANESE |

19

| | | | |
|---|---|---|---|
| HORI | 57 | JAPANESE | |
| RWAL | 50 | INDIAN | |
| UPTA | 50 | INDIAN | |
| WANI | 50 | INDIAN | |
| AJAN | 50 | INDIAN | |
| DDIN | 70 | ARAB | |
| AZIZ | 70 | ARAB | |
| ZEEZ | 70 | ARAB | |
| HAQQ | 70 | ARAB | |
| ALIB | 70 | ARAB | |
| HADI | 70 | ARAB | |
| HAFI | 70 | ARAB | |
| ZAID | 70 | ARAB | |
| DDAD | 70 | ARAB | |
| LLAH | 70 | ARAB | |
| LEEM | 70 | ARAB | |
| OUDA | 70 | ARAB | |
| OURY | 70 | ARAB | |
| POUR | 70 | ARAB | |
| MMAD | 70 | ARAB | |
| ALIM | 70 | ARAB | |
| AFAT | 70 | ARAB | |
| TAFA | 70 | ARAB | |
| KHAN | 70 | ARAB | |
| DZIN | 30 | RUSSIAN | |
| STOY | 30 | RUSSIAN | |
| OYAN | 30 | RUSSIAN | |
| ODNY | 30 | RUSSIAN | |
| YEVA | 30 | RUSSIAN | |
| ROVA | 30 | RUSSIAN | |
| MOVA | 30 | RUSSIAN | |
| LOVA | 30 | RUSSIAN | |
| DKIN | 30 | RUSSIAN | |
| VKIN | 30 | RUSSIAN | |
| ZKIN | 30 | RUSSIAN | |
| TKIN | 30 | RUSSIAN | |
| HKIN | 30 | RUSSIAN | |
| LKIN | 30 | RUSSIAN | |
| AKIN | 30 | RUSSIAN | |
| CHEV | 30 | RUSSIAN | |
| OREV | 30 | RUSSIAN | |
| UREV | 30 | RUSSIAN | |
| AREV | 30 | RUSSIAN | |
| EREV | 30 | RUSSIAN | |
| VRIN | 30 | RUSSIAN | |
| KHIN | 30 | RUSSIAN | |
| OVKO | 30 | RUSSIAN | |
| SKIN | 66 | JEWISH | |
| RKIN | 66 | JEWISH | |
| PKIN | 66 | JEWISH | |
| EESE | 16 | WELSH | |
| LOYD | 16 | WELSH | |
| SCIK | 00 | TO BE DETERMINED | 30,13 |
| VITS | 00 | TO BE DETERMINED | 66,12,30 |
| CZEK | 00 | TO BE DETERMINED | 13,22 |
| CZIK | 00 | TO BE DETERMINED | 22,30 |
| NIAK | 00 | TO BE DETERMINED | 22,30,14 |
| MIAK | 00 | TO BE DETERMINED | |
| CIAK | 00 | TO BE DETERMINED | |
| WIAK | 00 | TO BE DETERMINED | 22 |
| CHAK | 00 | TO BE DETERMINED | 22,30 |
| ASKO | 00 | TO BE DETERMINED | |
| OLTE | 00 | TO BE DETERMINED | |
| ICKI | 00 | TO BE DETERMINED | 22 |
| METZ | 00 | TO BE DETERMINED | 10,66,11,40,22 |
| ASKA | 00 | TO BE DETERMINED | |

```
                    NIEC          00  TO BE DETERMINED
                    USKA          00  TO BE DETERMINED
                    ECKI          00  TO BE DETERMINED
                    USKA          00  TO BE DETERMINED
                    SKYJ          00  TO BE DETERMINED 30,66
IF THE LAST 3 =     SKY,   CODE = 30  RUSSIAN
                    NIK           30  RUSSIAN
                    NEV           30  RUSSIAN
                    SKI           22  POLISH
                    ACZ           22  POLISH
                    ZYK           22  POLISH
                    ZDZ           22  POLISH
                    YDZ           22  POLISH
                    CYK           22  POLISH
                    IIT           06  FINN
                    MAA           06  FINN
                    PAA           06  FINN
                    AGI           57  JAPANESE
                    HOF           10  GERMAN
                    SCH           10  GERMAN
                    LTZ           10  GERMAN
                    NDT           10  GERMAN
                    ITZ           66  JEWISH
                    OTZ           66  JEWISH
                    SMA           08  DUTCH
                    DYK           08  DUTCH
                    LOF           04  SWEDISH
                    IAN           29  ARMENIAN
                    EAU           17  FRENCH
                    OIS           17  FRENCH
                    LEY           01  ENGLISH
                    TON           01  ENGLISH
                    DIS           33  GREEK
                    ANU           37  ROMANIAN
                    ZZO           19  ITALIAN
                    ZZA           19  ITALIAN
                    ZZI           19  ITALIAN
                    CCO           19  ITALIAN
                    CCI           19  ITALIAN
                    CCA           19  ITALIAN
                    SSO           19  ITALIAN
                    SSI           19  ITALIAN
                    SSA           19  ITALIAN
                    TTO           19  ITALIAN
                    TTI           19  ITALIAN
                    TTA           19  ITALIAN
                    LLI           19  ITALIAN
                    ONE           19  ITALIAN
                    GNA           19  ITALIAN
                    GNO           19  ITALIAN
                    GNI           19  ITALIAN
                    GGI           19  ITALIAN
                    INO           19  ITALIAN
                    INI           19  ITALIAN
                    UEZ           20  SPANISH
                    EJO           20  SPANISH
                    DEZ           20  SPANISH
                    REZ           20  SPANISH
                    TEZ           20  SPANISH
                    NEZ           20  SPANISH
                    OKI           57  JAPANESE
                    OJI           57  JAPANESE
                    TSU           57  JAPANESE
                    UKI           57  JAPANESE
                    UME           57  JAPANESE
                    SUO           57  JAPANESE
```

21

22

```
WAI       57  JAPANESE
DYA       50  INDIAN
VEE       23  ESTONIAN
DEH       70  ARAB
MEH       70  ARAB
LEH       70  ARAB
NEH       70  ARAB
MED       70  ARAB
AWY       70  ARAB
YED       70  ARAB
YAD       70  ARAB
DIQ       70  ARAB
SIF       70  ARAB
LIB       70  ARAB
HIB       70  ARAB
BIB       70  ARAB
OUB       70  ARAB
ZIZ       70  ARAB
HAB       70  ARAB
WAJ       50  INDIAN
RIS       17  FRENCH
NYI       12  HUNGARIAN
WIE       02  SCOTCH
LHO       21  PORTUGUESE
NHA       21  PORTUGUESE
VIC       42  SERBIAN
ZKY       00  TO BE DETERMINED  30,66,26
CAK       00  TO BE DETERMINED
LAK       00  TO BE DETERMINED
LUK       00  TO BE DETERMINED
LIK       00  TO BE DETERMINED
USH       00  TO BE DETERMINED
UCH       00  TO BE DETERMINED
REW       00  TO BE DETERMINED
CEK       00  TO BE DETERMINED
IEC       00  TO BE DETERMINED
CIK       00  TO BE DETERMINED  30,22
ASH       00  TO BE DETERMINED  66,02
US        00  TO BE DETERMINED
UD        00  TO BE DETERMINED
IC        00  TO BE DETERMINED
IK        00  TO BE DETERMINED
```

AFTER THE SUFFIX MATCHES ARE COMPLETE, IF STILL UNMATCHED, REPEAT
THE PROCESS USING THE PREFIX (THE FIRST 5 WILL HAVE TO BE ISOLATED).
AS WITH SUFFIX, IF NO MATCH WITH 5, REPEAT WITH 4, THEN 3, THEN 2.

```
IF THE FIRST 5  =    VOORT      08  DUTCH
                     VANDE      08  DUTCH
                     SCHOO      08  DUTCH
                     SMITH      01  ENGLISH
                     JONES      01  ENGLISH
                     DAVIS      01  ENGLISH
                     FLEUR      17  FRENCH
                     MOHAM      70  ARAB
                     MUHAM      70  ARAB
                     ABDEL      70  ARAB
                     ABDUL      70  ARAB
                     ABDAL      70  ARAB
                     ABDOU      70  ARAB
                     ABDER      70  ARAB
                     ABDOL      70  ARAB
                     QUINT      20  SPANISH
                     PEREZ      20  SPANISH
                     LOPEZ      20  SPANISH
                     RAMOS      20  SPANISH
```

23

```
                    MUNOZ    20  SPANISH
                    ACEVE    20  SPANISH
                    ACOST    20  SPANISH
                    GARCI    20  SPANISH
                    ALCAZ    20  SPANISH
                    AMIGO    20  SPANISH
                    GOMES    20  SPANISH
                    GOMEZ    20  SPANISH
                    AVILA    20  SPANISH
                    AYALA    20  SPANISH
                    BUENO    20  SPANISH
                    DIEGO    20  SPANISH
                    GUZMA    20  SPANISH
                    RIVAS    20  SPANISH
                    NUNEZ    20  SPANISH
                    KYRIA    33  GREEK
                    APOST    33  GREEK
                    KATSI    33  GREEK
                    ANAGN    33  GREEK
                    ANAST    33  GREEK
                    HATZI    33  GREEK
                    THEOD    33  GREEK
                    PAPPA    33  GREEK
                    BHATT    50  INDIAN
                    ANAND    50  INDIAN
                    ANANT    50  INDIAN
                    SURUJ    50  INDIAN
                    BREIT    10  GERMAN
                    REICH    10  GERMAN
                    CEDER    04  SWEDISH
                    BJORN    05  NORWEGIAN
                    SODER    05  NORWEGIAN
                    AMUND    05  NORWEGIAN
                    THORS    05  NORWEGIAN
                    LEHTO    06  FINN
                    KOSKI    06  FINN
                    NIEMI    06  FINN
                    OSTER    08  DUTCH
                    OOSTE    08  DUTCH
                    DAVID    66  JEWISH
                    MACCH    19  ITALIAN
                    MACCI    19  ITALIAN
                    DOLCE    19  ITALIAN
                    ANGIO    19  ITALIAN
                    VONGS    61  KHMER
                    HASHI    57  JAPANESE
                    KASHI    57  JAPANESE
                    KATSU    57  JAPANESE
                    KISHI    57  JAPANESE
                    KOSHI    57  JAPANESE
                    MATSU    57  JAPANESE
                    MISHI    57  JAPANESE
                    NISHI    57  JAPANESE
                    SHIMA    57  JAPANESE
                    SHIGE    57  JAPANESE
                    SHIRA    57  JAPANESE
                    TACHI    57  JAPANESE
                    TSUCH    57  JAPANESE
                    YOSHI    57  JAPANESE
IF FIRST 4 =        BHAK     50  INDIAN
                    JAYA     50  INDIAN
                    BHOO     50  INDIAN
                    BHAG     50  INDIAN
                    RAJA     50  INDIAN
                    PEIX     20  SPANISH
                    BAEZ     20  SPANISH
```

73

24

| | | |
|---|---|---|
| CRUZ | 20 | SPANISH |
| DIAZ | 20 | SPANISH |
| RIOS | 20 | SPANISH |
| RUIZ | 20 | SPANISH |
| JUAN | 20 | SPANISH |
| WHIT | 01 | ENGLISH |
| GOOD | 01 | ENGLISH |
| HOLM | 04 | SWEDISH |
| DAHL | 04 | SWEDISH |
| BLOM | 04 | SWEDISH |
| LUND | 04 | SWEDISH |
| SUND | 04 | SWEDISH |
| TORK | 05 | NORWEGIAN |
| KIVI | 06 | FINN |
| KOIV | 06 | FINN |
| LIUK | 06 | FINN |
| MYLL | 06 | FINN |
| PIIR | 06 | FINN |
| PIIS | 06 | FINN |
| PIIK | 06 | FINN |
| RANT | 06 | FINN |
| PULK | 06 | FINN |
| SEPP | 06 | FINN |
| TIKK | 06 | FINN |
| BHAN | 50 | INDIAN |
| BHAT | 50 | INDIAN |
| BEN | 66 | JEWISH |
| FELD | 66 | JEWISH |
| IBN | 70 | ARAB |
| ABOU | 70 | ARAB |
| ABED | 70 | ARAB |
| ABDO | 70 | ARAB |
| ABDA | 70 | ARAB |
| ABDL | 70 | ARAB |
| ABDU | 70 | ARAB |
| FARH | 70 | ARAB |
| SHAH | 70 | ARAB |
| DES | 17 | FRENCH |
| BEAU | 17 | FRENCH |
| FITZ | 15 | IRISH |
| TEN | 08 | DUTCH |
| TER | 08 | DUTCH |
| VAN | 08 | DUTCH |
| VAND | 08 | DUTCH |
| STEE | 08 | DUTCH |
| HUIS | 08 | DUTCH |
| BROE | 08 | DUTCH |
| BOER | 08 | DUTCH |
| HOOG | 08 | DUTCH |
| VEEN | 08 | DUTCH |
| VER | 08 | DUTCH |
| VRIE | 08 | DUTCH |
| ROOS | 08 | DUTCH |
| CHEV | 17 | FRENCH |
| JEAN | 17 | FRENCH |
| DEN | 08 | DUTCH |
| GIAM | 19 | ITALIAN |
| GIAN | 19 | ITALIAN |
| GIOR | 19 | ITALIAN |
| SCIA | 19 | ITALIAN |
| SCIO | 19 | ITALIAN |
| SCAL | 19 | ITALIAN |
| SCAR | 19 | ITALIAN |
| MAC | 02 | SCOTCH |
| PAPA | 33 | GREEK |
| KOUR | 33 | GREEK |

24

25

| | | |
|---|---|---|
| KOUL | 33 | GREEK |
| EFTH | 33 | GREEK |
| HATZ | 33 | GREEK |
| IOAN | 33 | GREEK |
| KOUT | 33 | GREEK |
| THEO | 33 | GREEK |
| WEIS | 10 | GERMAN |
| BREI | 10 | GERMAN |
| EICH | 10 | GERMAN |
| EICK | 10 | GERMAN |
| EDEL | 10 | GERMAN |
| STEI | 10 | GERMAN |
| STEU | 10 | GERMAN |
| STOE | 10 | GERMAN |
| BRAU | 10 | GERMAN |
| SCHW | 10 | GERMAN |
| REIN | 10 | GERMAN |
| VON | 10 | GERMAN |
| DEIT | 10 | GERMAN |
| HEIM | 10 | GERMAN |
| HEIN | 10 | GERMAN |
| MUTH | 50 | INDIAN |
| OPPE | 08 | DUTCH |
| OBER | 10 | GERMAN |
| THEI | 10 | GERMAN |
| PICC | 19 | ITALIAN |
| PIZZ | 19 | ITALIAN |
| OGUN | 85 | BLACK AFRICAN |
| OKWU | 85 | BLACK AFRICAN |
| ISHI | 57 | JAPANESE |
| FUJI | 57 | JAPANESE |
| FUKA | 57 | JAPANESE |
| FUKU | 57 | JAPANESE |
| HIRA | 57 | JAPANESE |
| HIRO | 57 | JAPANESE |
| HIGA | 57 | JAPANESE |
| HORI | 57 | JAPANESE |
| ICHI | 57 | JAPANESE |
| KAJI | 57 | JAPANESE |
| KAWA | 57 | JAPANESE |
| KIJI | 57 | JAPANESE |
| KITA | 57 | JAPANESE |
| KURA | 57 | JAPANESE |
| UCHI | 57 | JAPANESE |
| YAMA | 57 | JAPANESE |
| YOKO | 57 | JAPANESE |
| YASU | 57 | JAPANESE |
| MIYA | 57 | JAPANESE |
| NAGA | 57 | JAPANESE |
| NAKA | 57 | JAPANESE |
| OSHI | 57 | JAPANESE |
| SAKA | 57 | JAPANESE |
| SUGI | 57 | JAPANESE |
| TAKA | 57 | JAPANESE |
| TAKE | 57 | JAPANESE |
| TAKI | 57 | JAPANESE |
| TOKU | 57 | JAPANESE |

IF FIRST 3 =

| | | |
|---|---|---|
| SZA | 12 | HUNGARIAN |
| SZE | 12 | HUNGARIAN |
| SZI | 12 | HUNGARIAN |
| SZU | 12 | HUNGARIAN |
| BHA | 50 | INDIAN |
| BHU | 50 | INDIAN |
| DHA | 50 | INDIAN |
| DHU | 50 | INDIAN |
| GOP | 50 | INDIAN |

25

| | | |
|---|---|---|
| SRI | 50 | INDIAN |
| ABD | 70 | ARAB |
| AHM | 70 | ARAB |
| ABU | 70 | ARAB |
| AL | 70 | ARAB |
| EL | 70 | ARAB |
| KHA | 70 | ARAB |
| GHO | 70 | ARAB |
| DU | 17 | FRENCH |
| AAL | 08 | DUTCH |
| AAN | 08 | DUTCH |
| AAS | 08 | DUTCH |
| ROO | 08 | DUTCH |
| POE | 08 | DUTCH |
| WOE | 08 | DUTCH |
| OOS | 08 | DUTCH |
| DYK | 08 | DUTCH |
| POI | 17 | FRENCH |
| LE | 17 | FRENCH |
| LO | 19 | ITALIAN |
| XIA | 53 | CHINESE |
| DA | 21 | PORTUGUESE |
| SZY | 22 | POLISH |
| APJ | 16 | WELSH |
| MCB | 15 | IRISH |
| MCD | 15 | IRISH |
| MCC | 15 | IRISH |
| MCG | 15 | IRISH |
| MCM | 15 | IRISH |
| MC | 15 | IRISH |
| TCH | 30 | RUSSIAN |
| ZHI | 30 | RUSSIAN |
| XAN | 33 | GREEK |
| SCH | 10 | GERMAN |
| SAE | 10 | GERMAN |
| TIE | 10 | GERMAN |
| EHR | 10 | GERMAN |
| ECK | 10 | GERMAN |
| ROE | 10 | GERMAN |
| RUE | 10 | GERMAN |
| NEU | 10 | GERMAN |
| BEI | 10 | GERMAN |
| REI | 10 | GERMAN |
| WEI | 10 | GERMAN |
| WUE | 10 | GERMAN |
| WOJ | 22 | POLISH |
| HRD | 13 | CZECH |
| HRU | 13 | CZECH |
| HRB | 13 | CZECH |
| GIU | 19 | ITALIAN |
| OKY | 85 | BLACK AFRICAN |
| YLI | 06 | FINN |
| YLA | 06 | FINN |
| AAV | 06 | FINN |
| LAA | 06 | FINN |
| MAA | 06 | FINN |
| PAA | 06 | FINN |
| RII | 06 | FINN |
| SII | 06 | FINN |
| WII | 06 | FINN |

IF FIRST 2 POS =

| | | |
|---|---|---|
| PF | 10 | GERMAN |
| BJ | 04 | SWEDISH |
| O | 15 | IRISH |
| O' | 15 | IRISH |
| MB | 85 | BLACK |

IF STILL NO MATCH, MASTER RECORDS SHOULD BE GIVEN CODE '00', UNKNOWN.

*27*

## ETHNIC DESCRIPTION

---

00 UNKNOWN    - THIS CODE IS EITHER PRE-ASSIGNED TO UNCLASSIFIED
                NAMES THAT HAVE BEEN RESEARCHED (ALREADY ON FILE),
                PRE-STORED TO ENABLE RULES TO FUNCTION CLEANLY, OR
                ASSIGNED AT RUN TIME TO NAMES UNMATCHED IN EITHER
                RULES OR EXCEPTION TABLE. NO RELIGION NOR RACE CAN
                BE INFERRED.

01 ENGLISH    - ANGLO-SAXON, NOT JUTES. SOME CELTIC BRITONS. ENGLISH IS A
                GERMANIC LANGUAGE. MIXED WITH OTHER NORSEMEN ( A.K.A.
                NORMAN). PRIMARILY PROTESTANT.
                NOTE: ISLE OF MAN PEOPLE SPEAK 'MANX'
                      PEOPLE FROM CORNWALL SPEAK 'CORNISH'.
                NOTE: COMPETITORS USE THE ETHNIC GROUP 'BRITISH', WHICH
                      IS ERRONEOUS. BRITISH MEANS PEOPLE FROM THE BRITISH
                      COMMONWEALTH, WHICH MEANS ENGLAND, SCOTLAND,
                      IRELAND, WALES, BERMUDA, CANADA, AUSTRALIA,
                      AND MANY OTHER PLACES. COMPETITORS DON'T HAVE
                      'ENGLISH', AND MUST REDUNDANTLY COUNT SCOTS, ETC.,
                      IN THEIR BRITISH COUNTS. MORE LIKELY, THEY USE
                      'BRITISH' AS A DEFAULT FOR NAMES THEY CAN'T
                      MATCH SO THEY DUMP THEM IN BRITISH, MAKING IT
                      APPEAR THAT THEY CAN IDENTIFY FAR MORE NAMES
                      THAN THEY REALLY CAN.

02 SCOTTISH   - THE JUTES, FROM JUTLAND, LATER BASTARDIZED TO SCUTLAND
                AND THEN SCOTLAND. LOTS OF 'MAC' PREFIXES BUT SOME ARE
                'MC'. MANY NAMES SAME AS ENGLISH. SOME IRISH. THE LANGUAGE
                SCOTS IS AN ENGLISH LANGUAGE WHILE SCOTTISH GAELIC IS
                THE GAELIC LANGUAGE SPOKEN THERE. NAMES DERIVE FROM BOTH.
                'SCOTCH IRISH' ARE ESSENTIALLY SCOTCH ETHNIC, LIVING
                IN N. IRELAND. THERE ARE ABOUT 20 MILLION SCOTCH IN U.S.A.

03 DANISH     - SCANDINAVIAN. SPEAK DANISH, A GERMANIC LANGUAGE.
                PRIMARILY FROM DENMARK. THE PORTION OF ENGLAND IN
                PRE-CONQUEST UNDER 'DANELAW' ALSO HAD DANISH NAMES USED.
                RACINE,WI. AND ELKHORN, IA. HAVE LOTS OF DANES. ALSO,
                LOS ANGELES AND CHICAGO.

04 SWEDISH    - LOTS IN CHICAGO, MIDWEST. ALSO SCANDINAVIAN.SPEAK
                SWEDISH, A GERMANIC LANGUAGE.A NATIONAL CAMPAIGN TO
                ELIMINATE WARLIKE AND BRUTAL NAMING CONVENTIONS HAS
                FOR THE MOST PART BEEN SUCESSFUL. MODERN DAY SWEDES
                HAVE GENTLER NAMES THAN THEIR PREDECESSORS. WHEN ONE
                EXAMINES THE SURNAMES USED IN COMPETITOR OFFERINGS,
                ONE FINDS MANY ACCURATELY IDENTIFIED HISTORIC SWEDISH
                NAMES. UNFORTUNATELY, NO ONE USES THEM TODAY. SWEDES
                MIGRATED TO THE U.S. FROM SWEDEN, BUT ALSO FROM PARTS
                OF FINLAND WHERE THEY HAVE BEEN FOR CENTURIES. SIMILARLY
                A SMALL PORTION OF SWEDEN SPEAKS AND IS FINNISH.

05 NORWEGIAN  - ALSO SCANDINAVIAN. SPEAK NORWEGIAN, A GERMANIC LANGUAGE.
                A SMALL AREA OF NORWAY SPEAKS FINNISH.

06 FINNISH    - FINNO-UGRIC. THE SUFFIX 'NEN' MEANS OFFSPRING OF. THE
                SUFFIXES 'OLA', 'YLA', AND 'KOSKI' MEAN LOWER, UPPER,
                AND MIDDLE, RESPECTIVELY. MOST SPEAK FINNISH, BUT SOME
                AREAS OF FINLAND SPEAK SWEDISH

07 ICELANDIC    - SCANDINAVIAN. HAVE OWN UNIQUE ICELANDIC LANGUAGE. 28

08 DUTCH        - SPEAK DUTCH WITH OCCASIONAL FRISIAN. BOTH ARE GERMANIC

09 BELGIAN      - FLEMISH AND WALLOON. LANGUAGE IS THE GERMANIC FLEMISH,
                  BUT SOME SPEAK FRENCH, A ROMANCE LANGUAGE. THE
                  WALLOONS WERE A CELTIC PEOPLE IN SOUTHEAST BELGIUM
                  ADJACENT TO FRANCE. FAR ENOUGH BACK, THE ORIGINS
                  ARE SIMILAR TO THE WELSH IN WALES.

10 GERMAN       - AMISH ARE SOUTHERN GERMAN, PENN. DUTCH ARE GERMAN
                  SPEAK GERMAN. SOME SMALL AREAS SPEAK WENDISH, A CZECH
                  DERIVED LANGUAGE.

11 AUSTRIAN     -MOSTLY GERMANIC.

12 HUNGARIAN -  EASTERN FINNO-UGRIC, ALONG WITH FINLAND AND ESTONIA
                  THE HUNGARIAN LANGUAGE IS ALSO RELATED TO BOTH FINN
                  AND ESTONIAN. THERE WERE 1.8 MILLION HUNGARIANS IN
                  THE U.S.A. AS OF THE 1980 CENSUS.

13 CZECH        - CZECH, NOT CZECHOSLOVAKIAN, WHICH WAS A NATIONALITY WITH
                  MOSTLY CZECHS AND WESTERN SLAVS. OTHER ETHNIC LISTS ARE
                  ERRONEOUS IN THIS REGARD. MAJOR MIGRATIONS TO TEXAS AND
                  MIDWESTERN CITIES LIKE CHICAGO OCCURRED.BOHEMIA, NY AND
                  MILLIGAN, NE ARE PREDOMINANT CZECH.

14 SLOVAK       - THE WESTERN SLOVAKS WERE IN E. CZECHOSLOVAKIA, OTHERS WER
                  TO BE FOUND HERE AND THERE DOWN THRU EUROPE. THE NAME
                  YUGOSLAVIA, IN FACT, MEANT SOUTHERN SLAV. THE SLOVAK
                  PEOPLE SPEAK SLOVAKIAN. SETTLING MOSTLY IN THE NE AND
                  MIDWEST, THERE ARE BETWEEN 1 AND 2 MILLION IN THE U.S.A.
                  RELIGIONS INCLUDE CATHOLIC, LUTHERAN, AND SOME CALVINIST.

15 IRISH        - GAELIC. MANY NAMES OVERLAP WITH THE ENGLISH AND ALSO
                  THE SCOTTISH AND WELSH. THE PREFIX 'O' MEANS GRANDSON OF,
                  WHILE THE PREFIX 'MC' MEANS SON OF. IRISH, A GAELIC
                  DERIVATIVE OF CELTIC GOIDALIC, IS THE LANGUAGE.

16 WELSH        -THERE ARE ONLY ABOUT 1000 LEGITIMATE WELSH SURNAMES, AND
                  MANY OF THESE OVERLAP WITH THE IRISH, BRITISH, AND SCOTCH.
                  THE PREFIX ORIGINAL PREFIX 'AP', SINCE SHORTENED TO 'P',
                  MEANS SON OF. THUS, NAMES SUCH AS 'PROBERT' AND 'PRICHARD'
                  RESULT IN UNIQUELY WELSH NAMES. WELSH IS THE LANGUAGE.

17 FRENCH       - THE PREFIXES 'DU, DE, DELA, AND DES' ARE MEAN 'FROM'.
                  FRENCH IS SPOKEN WITH A LITTLE PROVENCAL IN S. FRANCE.

19 ITALIAN      -SPEAK THE ROMANCE LANGUAGE ITALIAN, EXCEPT FOR IN
                  SARDINIA, WHERE SARDINIAN IS SPOKEN.INORDINATE NUMBER
                  OF DESCRIPTIVE SURNAMES, INCLUDING, FOR EXAMPLE:
                  RED - ROSSI, ROSSETTI, ROSSETTO,ROSSINI
                  GRAY- PARDO
                  CURLY- RICCIO,RIZZO
                  SHORT- BASSO, CURCIO, PICCOLO
                  TALL - LAGO
                  DARK - MORELLI, MORETTA, MORETTI, MORENO
                  LIGHT- BIANCO, LOBIANCO, BIANCHI
                  NO HAIR- LUNA
                  HAIRY  - CESARIO
                  SHORT HAIR- CARUSO
                  LEFT HANDED - MANCINI, MANCUSO
                  UGLY HEAD - TESTA, CAPONE, CAPUTO, MALATESTA
                  UGLY MOUTH - BOCCACIO

29

```
            CHEERFUL - ALLEGRETTI
            GOOD FRIEND - AMATO
            GOODNESS - BONO, BUONO, BUONOMO,
            GOOD GUIDO - BUONOGUIDI
            SERIOUS - SERRO
            COURTEOUS - GENTILE, GRAZIANO
            LITTLE - NAMES ENDING IN ELLO, ILLO, INO, INI, ETTI, ETT
            BIG - NAMES ENDING IN ONE
            BIG/BAD - NAMES ENDING IN ACCIO
            FROM SARDINIA - NAMES ENDING IN DDA AND DDO
            DESCENDENT OF - NAMES ENDING IN UCCI
        AND THERE ARE A WHOLE LOT OF LIFE-FORM SURNAMES:
            ROOSTER- GALLO, GALLIANI
            SNAIL - IZZO, LOIZZO
            PHEASANT - FASANO
            GNATS - MUSSOLINI, MUSCARELLO
            LARK - CALIENTO
            LADYBUG - MARINELLO
        PLUS THE USUAL PLACE NAMES LIKE ROMANO, ETC
```

20 HISPANIC   - THE SPANISH SPEAKING, BUT NOT PORTUGUESE. INCLUDES
              SPAIN AND MOST OF LATIN AMERICA, BUT NOT BRAZIL.
              ALMOST 25% OF THE HISPANIC POPULATION IN THE U.S.A. HAVE
              ONLY 14 SURNAMES. THESE ARE GONZALEZ, GARCIA, LOPEZ,
              RIVERA, HERNANDEZ, PEREZ, SANCHEZ, TORRES, ORTIZ, GOMEZ,
              ALVAREZ, RODRIGUEZ, FERNANDEZ, AND MARTINEZ.

21 PORTUGUESE-SPEAK PORTUGUESE.

22 POLISH     - MIGRATIONS TO DETROIT, BUFFALO, NYC, PHILADELPHIA, AND
              PITTSBURG. SPEAK POLISH, A SLAVIC LANGUAGE. SLAVIC
              LANGUAGES ARE ALSO SPOKEN IN BYELORUS, RUSSIA, BULGARIA,
              THE CZECH REPUBLIC, SERBO-CROATIA, SLOVENIA, SLOVAKIA,
              AND IN THE UKRAINE. A SMALL PERCENTAGE OF POLES SPEAK
              KASHUBIN, DERIVED FROM OLD CZECH. POLES ARE E. SLAV.

23 ESTONIAN   - FINNO-UGRIC, ALONG WITH FINNISH AND HUNGARIAN. BALTIC.

24 LATVIAN    - BALTIC, INDO-EUROPEAN. LANGUAGE IS LATVIAN, BASED UPON
              OLD PRUSSIAN.

25 LITHUANIAN- SUFFIXES 'VICIUS', 'UNIS', AND 'INSKA' ARE COMMON.
              BALTIC, INDO-EUROPEAN.LITHUANIAN, DERIVED FROM OLD
              PRUSSIAN, IS THE LANGUAGE.

26 UKRAINIAN - UKRAINIAN IS RUSSIAN DIALECT. THE SUFFIX 'ENKO' MEANS
              SON OF CYRILLIC/SLAVIC. THE SUFFIXES 'AITIS' 'ONIS', AND
              'AUSKAS' ARE ALSO QUITE COMMON.

27 GEORGIAN   -A CAUCASIAN PEOPLE , SPEAK GEORGIAN

28 BYELORUSSIAN - BELORUSSIANIS A DIALECT OF RUSSIAN. CYRILLIC/SLAVIC.

29 ARMENIAN   - 'IAN' ENDINGS, FOR THE MOST PART, BUT ANGLICANIZATION
              HAS RESULTED IN DROPPED ENDINGS AND ALSO 'YAN'
              VARIATIONS. ARMENIAN IS ALSO A UNIQUE A LANGUAGE, NON-
              SLAVIC AND NON-PERSIAN.

30 RUSSIAN    - THE ETHNIC RUSSIAN, NOT THE PERSON FROM RUSSIA. RUSSIANS
              ARE IN MANY EUROPEAN AND ASIAN COUNTRIES. PEOPLE IN RUSSIA
              ARE RUSSIAN AND MANY OTHER ETHNICITIES.CYRILLIC/SLAVIC.

31 TURK       - HAVE ARAB NAMES AND NAMES ENDING IN 'OGLU'.IN ADDITION
              TO TURKEY, TURKS ARE FOUND IN THE FORMER SOVIET REPUBLICS
              OF KAZAKHSTAN, KYGEZSTAN, AND TURKMENISTAN, AS WELL AS IN
              AZERBAJAIN. THE ENDING "BASHI" MEANS "FATHER OF"

29

32 KURD       -SPEAK KURDISH, FOUND IN IRAN, IRAQ, KURDISTAN PORTION
             TURKEY, AND IN PARTS OF SYRIA. KURDISH IS A PERSIAN
             LANGUAGE DERIVATIVE.

33 GREEK      - INCLUDES MACEDONIAN, MANY OF WHOM RESIDE IN MACEDONIA,
             IN WHAT WAS YUGOSLAVIA

34 PERSIAN    - THE ETHNIC GROUP THAT DOMINATES IRAN. SHOULD NOT BE
             CONFUSED WITH WHAT OTHER ETHNIC OFFERINGS MISLABEL AS
             IRANIANS, WHICH HAVE PERSIAN AND OTHER ETHNICITIES,
             SUCH AS BALUCHI. PERSIAN IS ALSO THE LANGUAGE OF THE
             PERSIANS. PERSIANS ARE FOUND IN IRAN, W. AFGHANISTAN,
             AND PERSIAN IS ALSO SPOKEN BY INDIAN MUSLIMS LIVING IN
             W. PAKISTAN. THE FORMER SOVIET REPUBLIC, TAJIKISTAN
             ALSO HAS A SIZABLE PERSIAN MINORITY. CONVERSELY, THE
             COUNTRY KNOWN AS IRAN HAS SIZABLE NON-PERSIAN MINORITIES
             INCLUDING TURKS.

36 BULGARIAN -SOUTHERN SLAV AND FINNO-UGRIC. ONLY ABOUT 10-15000 IN U.S.

37 ROMANIAN   - LANGUAGE IS MOLDAVIAN, A ROMANCE LANGUAGE. LOTS OF
             MIGRATION TO BRONX AND BROOKLYN. OVER 325,000 RESIDE
             IN U.S., BUT NOT ALL CAN BE IDENTIFIED BY SURMANE. THE
             SUFFIXES 'ANU' AND 'EANU' REFER TO LOCATIONAL SURNAMES
             WHILE 'ESCU' IS PATRONYMIC, NAMED FOR A SAINT. THERE
             IS A SERBIAN POPULATION IN ROMANIA, WITH SUFFIXES SUCH
             AS 'VICI'. THESE ARE CLASSIFIED AS SERBIAN, NOT AS
             ROMANIAN.ROMANIAN IS ALSO SPOKEN IN THE BALKANS.
             SUNNYSIDE, NY HAS LARGE SETTLEMENT.

38 ALBANIAN  -SPEAK ALBANIAN, WHICH IS ALSO SPOKEN IN PARTS OF ITALY.
             OFFICIALLY ATHEIST, BUT LOTS OF ISLAMIC. 90 PERCENT OF
             ALBANIA ARE ALBANIANS (10 PERCENT GREEK), AND THERE ARE
             ALBANIAN POPULATIONS IN ITALY AND THE KOSOVO REGION OF
             YUGOSLAVIA.
39 AMERICAN INDIAN- NORTH, THAT IS. WHAT WE REFER TO AS NATIVE AMERICANS

40 SLOVENIAN - N OF CROATIA, OVERWHELMINGLY SOUTHERN SLAVS. SPEAK SLOVEN
                MOSTLY CATHOLIC
41 CROATIAN  -SPEAK SERBO-CROATIAN, AS DO THE SERBS. HOWEVER, THE
             CROATS USE THE ROMAN ALPHABET WHEN WRITING, DUE TO THEIR
             TENDENCY TOWARDS CATHOLICISM, WHILE THE SERBS WRITE
             WITH THE CYRILLIC ALPHABET AND ARE ORTHODOX. THERE ARE
             800,000 TO 1 MILLION CROATS IN THE U.S.A.

42 SERBIAN    - ORTHODOX, USE CYRILLIC ALPHABET. GREATER SERBIA CONTAINS
             MORE THAN SERBS, E.G., MACEDONIANS. THERE ARE SERBS IN
             CROATIA, BOSNIA, SLOVENIA, AND IN PLACES SUCH AS ROMANIA.
             COMMON SUFFIXES INCLUDE 'VICI', 'OVIC' (THE O IS THE
             SERBIAN DIFFERENTIATION, WHERE 'VIC' MAY NOT BE SERBIAN),
             AND THE NON-UNIQUE 'OVICH'

43 BOSNIAN    - OVERWHELMINGLY SOUTHERN SLAV, BUT MIXED SLAV TYPES,
             MUSLIM AND ORTHODOX, MACEDONIAN, CROAT, SERB -THIS
             ETHNIC CODE USED FOR THE ISLAMIC BOSNIANS.
           NOTE: THE FORMER 'YUGOSLAVIA', WHICH COMPETITVE LISTS STILL
             REFER TO, WAS COMPRISED OF APPROX 42% SERB, 23% CROAT,
             9% SLOVENE, AND 26% MIXTURE OF MONTENEGRONS, BOSNIANS,
             MACEDONIANS, HERCEGOVINIANS, AND DALMATIANS, PLUS A
             SMATTERING OF OTHERS. THE TERM 'YUGOSLAVIA' WAS A
             POLITICAL NAME, NEVER AN ETHNIC DESCRIPTOR.

44 AZERBEJANI-

45 KAZAKH     - 17.3 MILLION IN KAZAKHSTAN, 42% KAZAKH, ANOTHER

37% RUSSIAN, 21% OTHERS. ABOUT HALF ARE MOSLEM
AND HALF RUSSIAN ORTHODOX.

46 AFGHAN      - MOSLEM GROUP MOSTLY IN AFGHANISTAN. SOME SPILLOVER INTO
                NEARBY "STAN" COUNTRIES, AND IRAN

47 PAKISTANI  -SPEAK URDU, PASHTO, BALUCHI

48 BENGLADESH- BENGALI

49 INDONESIAN-SPEAK INDONESIAN, A MALAY DIALECT

50 INDIAN      - SPEAK ONE OF 13 SANAKRITIC DIALECTS OR 1 OF 4 DARD
                DIALECTS. THE FORMER ARE HINDU, BENGALI, URDU, PANJABI,
                MARATHI, ORIYA, ASSANESE, BIHARI, LAHNDA, SINDHI, KONKANI,
                RAJASTHANI, AND GUJARATI WHILE THE LATTER ARE SHINA,
                KHOMAR, KAFIRI, AND KASHMIRI.TELUGU ALSO SPOKEN

51 BURMESE     - SPEAK BURMESE A TIBETO-BURAM LANGUAGE

52 MONGOLIAN  - AS DISTINCT FROM CHINESE

53 CHINESE     - INCLUDES THE ISLAMIC GROUP IN WESTERN CHINA AS WELL AS
                THE BUDDHISTS. MANY CHINESE NAMES OVERLAP WITH KOREAN
                DUE TO PROXIMITY. THESE TWO VARIATIONS ARE ACCOUNTED
                FOR HEREIN, LIKELY NOT IN COMPETITIVE LISTS. ALSO, MANY
                COMPETITIVE LISTS HAVE NOT ACCOUNTED FOR THE MORE
                MODERN WAY OF ENGLISH TRANSLATION FOR ETHNIC CHINESE.
                FOR EXAMPLE, 'CHIANG KAI CHEK' TODAY WOULD BE 'XIANG'.
                RECENT IMMIGRATION USES THE NEWER TRANSLATIONS WHILE
                EARLIER MIGRATIONS MAY STILL RETAIN THE OLDER VERSIONS.
                COMPETITIVE LISTS PRIMARILY IDENTIFY ONLY THE EARLIER STYLE
                THERE ARE ABOUT 1000 LEGITIMATE CHINESE SURNAMES, MOSTLY
                TRNASLATED FROM CANTONESE, MANDARIN OR OTHER LANGUAGES TO
                ENGLISH.

56 KOREAN      -1980 CENSUS HAD 354,000 BUT MORE LIKELY WELL OVER A
                MILLION HERE NOW, ESPECIALLY LOS ANGELES.ONLY ABOUT
                HALF ARE BUDDHIST, REST CHRISTIAN. OF THESE, HALF ARE
                PRESBYTERIAN, 25% METHODIST, REST SPLIT, INCLUDING CATHOLIC

57 JAPANESE    - VARIOUS RELIGIONS BUT SHINTO DOMINATES. THE SURNAMES
                ARE MOSTLY DESCRIPTIVE COMBINATIONS, AND THE ENGLISH
                SPELLINGS SOUND ALMOST MUSICAL, DUE TO THE REPETITIVE
                VOWEL CONSONANT SOUNDS.

58 THAI        -

59 MALAY       - DOMINANT IN MALAYSIA. CHINESE AND OTHERS THERE TOO.
                MALAYS ALSO IN INDONESIA (BORNEO AND SUMATRA)

60 LAOTIAN     -THE PEOPLE OF LAOS, ALSO IN N.E. THAILAND

61 CAMBODIAN  -KHMER IS THE DOMINANT POPULATION OF CAMBODIA. THEY ARE
               BUDDHIST AND SPEAK KHMER. THERE ARE ALSO THE ISLAMIC
               CHAM BY LAOS AND VIETNAM, THE PEARICS, THE KUY BY THAILAND
               AND SOME AUSTRONESIAN AND NON KHMER MINORITIES.

62 VIETNAMESE-PREDOMINANT PEOPLE IN VIETNAM. MONTAGNARDS THERE TOO.
               SPEAK VIETNAMESE. SEE WESTMINSTER, CALIFORNIA AND GULF
               COAST OF TEXAS.

63 SRI LANKAN-

64 UZBEK-      MOSTLY IN UZBEKISTAN, 22.6 MILLION. 71% UZBEK,8% RUSSIAN
               REST IS SPILLOVER MINORITIES SUCH AS TURK, KAZAKH, AND
               OTHERS.

31

65

66 JEWISH      - AN ETHNIC CULTURE WHERE SURNAMES OVERLAP AND VARY
             FROM EMIGRATION COUNTRY TO EMIGRATION COUNTRY. THE
             PREDOMINANT RELIGION IS ALSO JEWISH, BUT NOT ABSOLUTELY.
             THIS CATEGORY IS ETHNIC, NOT RELIGIOUS. NAMES HAVE BEEN
             SHORTENED OR MADE TO BLEND WITH LOCAL POPULATIONS IN
             MANY CASES. LARGE NUMBERS OF JEWISH NAMES ARE RUSSIAN
             AND GERMAN. THE YIDDISH LANGUAGE SPOKEN IN GERMANY AND
             E. EUROPE IS DERIVED FROM MIDDLE HIGH GERMANIC

67 ALEUT      - THE N AMERICAN 'ESKIMO', SPEAKS ALEUTIAN.

69 FILIPINO   - CODE RESERVED, BUT NO RESEARCH YET DONE. SURMANE
             APPROACH WILL NOT WORK, AS SURNAMES ARE GREEK AND
             HISPANIC.

70 ARAB       -MOSTLY BUT NOT ABSOLUTELY ISLAMIC. THE ENGLISH VARIATIONS
             FROM THE ARABIC RESULT IN A VARIETY OF SPELLINGS, MANY
             APPEARING ALMOST FRENCH OR JEWISH.ARABS ARE FROM THE
             THE ARAB PENINSULA AND SPEAK ARABIC, A SEMITIC  DERIVED
             LANGUAGE. FOR CONVENIENCE, THE ASSYRIAN PEOPLE, WHO
             SPEAK A DISTINCT ASSYRIAN LANGUAGE, AND MANY WHO LIVE IN
             SYRIA, ARE INCLUDED IN ARAB.

71

72

73

74

75

76

77

78

79 RUANDAN    - HUTU AND TSUTSI

80 BURUNDIAN

81 SENEGALESE-

82

83

84 MOROCCAN   -

85 BLACK AFRICAN

86 KENYAN     -

87 NIGERIAN   -SPEAK IBO

88 GHANIAN    -SPEAK GA, SOME EWE

89 ZAMBIAN    -

9K KIRGHIZ    -MOSTLY IN KYGRZSTAN, 4.7 MILLION 52% KIRGHIZ,22%
             RUSSIAN. SOME CHINESE ,KAZAKH, AND OTHERS.

33

```
9L TAJIK        -MOSTLY IN TAJIKISTAN, WHERE THERE ARE 65% TAJIK AND
                25% UZBEK, 10% SPILLOVER GROUPS, INCLUDING RUSSIAN.

90 ZAIRE        -

91 SURINAM      -

92 MOZAMBIQUE-

93 IVORY COAST-

94 BHUTANESE -

95 ETHIOPIAN  - PRIMARILY USU PEOPLE. ETHIOPIAN IS A SEMITIC LANGUAGE.
                ALSO TIGREAN, AMHARA, GROMO, AND A FEW OTHER ETHNIC
                GROUPS VIEWED AS ONE IN THIS COUNTRY.

96 UGANDAN      -

97 BOTSWANIAN-

98 CAMEROON   -

99 ZIMBABWIAN-

9A NAMIBIAN   -

9B

9C

9D GAMBIAN    -

9E

9F MACEDONIAN- LARGELY E. ORTHODOX, BUT LOTS OF ISLAMIC. PEOPLE ARE
                MUSLIM!

9G

9H

9I

9J CHECHNIAN-  MOSTLY ISLAMIC GROUP ON SOUTHERN RUSSIAN TIER. ABOUT
                1.3 MILLION PEOPLE.


MISC NOTES: OTHER  MACEDONIAN INCLUDED IN GREEK
                FILIPINO IS AN ETHNIC GROUP BUT CANNOT BE IDENTIFIED
                USING SURNAME APPROACHES. THIS IS BECAUSE THE FILIPINO
                PEOPLE WERE GIVEN THEIR NAMES BY CHRISTIAN MISSIONARIES
                WHO SWEPT THRU THE PHILLIPINE ISLANDS. THESE INCLUDED
                ORTHODOX AND CATHOLIC, AMONGST OTHERS. THE NAMES RESULTING
                APPEAR TO BE GREEK OR HISPANIC, AS EXAMPLES.

                ZULUS SPEAK BANTU.

                SUNNI MUSLIMS ARE THE ORTHODOX. SHIA SECT NOT ORTHODOX.

                TAJIKI SPOKEN IN CENTRAL ASIA.

                AFRO-ASIATIC (N AFRICA AND SW ASIA) HAS SUBFAMILIES THAT
                INCLUDE SEMITIC, EGYPTIAN, BERBER, CUSHITIC, AND CHAD
```

MARKETING PITCH
_____

33

# EXHIBIT C

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TXu 778-127

EFFECTIVE DATE OF REGISTRATION

| 1 2 | 1 0 | 9 6 |
|---|---|---|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**
An Ethnic Determinant System - Knowledge and Rule/Exception Basis

**PREVIOUS OR ALTERNATIVE TITLES ▼**
SAME

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
TINA LINDSAY

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1941      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☒ No
Pseudonymous?    ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
+ computer system process and data rule > *additional literary text,

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
*compilation and additional source code

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶        ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TINA LINDSAY
44 BRIARWOOD AVENUE
KEANSBURG NJ 07734

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
DEC 10 1996
**ONE DEPOSIT RECEIVED**
DEC 10 1996
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

*[Diagonal stamp across document:]* CONFIDENTIAL

\* Amended by C.O.  Authority of TINA LINDSAY
in telephone call on May 3, 1997.

EXAMINED BY _____ OUm

CHECKED BY

☑ CORRESPONDENCE
Yes

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  TXu  730-872    **Year of Registration** ▼ 1996 (Feb 12)

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
This editor is derived from TXu 730-872 of the same name.

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional ethnic categories, additional rules, maps, tables.
Description of computer process included. additional literary text.

See instructions
before completing
this space

compilation and additional source code

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                  Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
TINA LINDSAY
44 BRIARWOOD AVENUE
KEANSBURG NJ 07734
Area Code and Telephone Number ▶ 908 - 495 - 6233

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____

Check only one ▶

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
TINA LINDSAY                                              date ▶ 11/11/96

Handwritten signature (X) ▼
Tina Lindsay

**10**

**MAIL**
**CERTIFI-**
**CATE TO**

Name ▼
TINA LINDSAY

Number/Street/Apartment Number ▼
44 BRIARWOOD AVENUE

City/State/ZIP ▼
KEANSBURG NJ 07734

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D C 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000        ♻ PRINTED ON RECYCLED PAPER                                    ☆U.S GOVERNMENT PRINTING OFFICE  1993-342-582/80 019

# EXHIBIT D

06/30/1997  09:53    201-996-1777

JUN-30-97 MON  9:47 AM   LIST SERVICE DIRECT          KREVITT & CHERNIN PC                    PAGE  06
                                                        FAX NO. 201 585 1732                   P. 3
06-20-1997 02:47PM   FROM O. GENE HURST ESQ.                   TO        12015851732    P.01

FAXED COPY

June 20, 1997

TO:     Micah Raskin and Tom Raskin
        List Service Direct
        135 W. Central Blvd.
        Palisades Park, NJ 07650

FROM:   Tina Lindsay, President
        TAP Systems, Inc.
        44 Briarwood Avenue
        Keansburg, NJ 07734

RE:     LCID

Dear Messers. Raskin:

This is to inform you that effective June 1, 1997, all rights to license the LCID product were assigned to TAP Systems, Inc.  A copy of the agreement between myself and TAP Systems, Inc., is attached.

All rights which have been utilized by LSDI in the past with regard to LCID are terminated effective immediately.

This means that you will have to negotiate with TAP Systems, Inc., for any rights to use the LCID product, to encode customer files or to sell licenses to third parties, if not from June 1, 1997, then from June 20, 1997.

I will be happy to discuss these arrangements with you at your earliest convenience.

Tina Lindsay

Tina Lindsay

CC:  O. Gene Hurst, Esq.

TOTAL P.01

Exhibit "G"



PLAINTIFF'S
EXHIBIT
Lindsay- 1 id.
2-22-10  RR
PENGAD 800-631-6989

06/30/1997 09:53 201-996-1777

JUN-30-97 MON 9:48 AM LIST SERVICE DIRECT     KREVITT & CHERNIN PC     PAGE 07

FAX NO. 201 585 1732     P. 4

Certified Letter #1

NAME ___
1ST NOTICE 6-21
2ND NOTICE ___
RETURN ___

Fold at line outer by of envelope to
the right of the return address

CERTIFIED

P 127 150 494

MAIL

Micah Raskin and Tom Raskin
List Service Direct
135 N. Central Blvd
Palisades Park, NJ 07650

Tina Lindsey, Pres.
Tap System, Inc.
44 Briarwood Blvd.
Keansburg, NJ 07734

06/30/1999  09:53   201-996-1777
JUN-30-97 MON  9:50 AM   LIST SERVICE DIRECT          KREVITT & CHERNIN PC                    PAGE  11
                                                      FAX NO.  201 585 1732                   P. 3

*Certified Letter #2*

## SOFTWARE LICENSE AGREEMENT

**THIS SOFTWARE LICENSE AGREEMENT** entered into by and between Tina Lindsay ("Copyright Holder") having offices at 44 Briarwood Ave., Keansburg, NJ 07734 and TAP Systems, Inc., ("Licensee"), a New Jersey Corporation having principal offices at 1088 Raritan Road, Clark, N J 07066 determines the rights and licenses granted to the Licensor, including the right to license Licensed Software (hereinafter defined) to End Users (hereinafter defined).

1.    **DEFINITIONS.**   As used in this License Agreement, the following definitions shall apply:

(a)   "Licensed Product" shall mean collectively the Licensed Software and Licensed Documentation.

(b)   "Licensed Software" shall mean the software identified on Schedule A, attached hereto and made a part hereof, in source and object code form, in the form and content existing as of the date of this Agreement and all updates, revisions and enhancements thereto supplied by the Owner during the term hereof.

(c)   "Licensed Documentation" shall mean all documentation, other than the Licensed Software, related to the Licensed Software.

(d)   "Licensed Site or Site License" shall mean a location identified by a single business address as set forth on the signatory page.

(e)   "End User" shall mean the purchaser of a site license.

2.    **LICENSE.**

(a)   Copyright Holder hereby grants to the Licensee, and the Licensee hereby accepts, a personal and exclusive license to market, demonstrate and distribute, during the term hereof, the

06/30/1997  09:53     201-996-1777

JUN-30-97 MON  9:51 AM   LIST SERVICE DIRECT

KREVITT & CHERNIN PC

FAX NO. 201 585 1732

PAGE  12

P. 9

Licensed Product to End Users for use only on the Licensed Site.

(b)   Licensee shall distribute the Licensed Software to End Users subject to the terms and conditions of the Software License Agreement enclosed with the Licensed Product which governs its use by the End Users.

3.   **LICENSE FEES AND TAXES**

(a)   In consideration of the Copyright Holder granting the Licensee the rights and licenses set forth herein, the Licensee shall pay the Copyright Holder a fee of one ($1) dollar.

(b)   The Licensee shall purchase, and the Copyright Holder shall sell, copies of the Licensed Product.

(c)   Licensee shall pay all personal property taxes, if any, and all taxes based on or in any way measured by this Agreement, the Licensed Products or any portion thereof, or any services related thereto, excluding taxes based on the net income of the Owner.

4.   **DUTIES OF LICENSEE.**

(a)   During the term hereof the Licensee shall use its best efforts to market, demonstrate, and distribute the Licensed product to owners and lessees of the Licensed Site.

(b)   During the term of the Agreement and for a period of five years thereafter, Licensee shall maintain accurate records of all recipients of the Licensed Software and make such records available to the Copyright Holder for inspection and copying during normal business hours.

(c)   Licensee shall promptly inform Copyright Holder of any unauthorized use by End Users or others of the Licensed Software or

any portion thereof and assist the Copyright Holder in the enforcement of any rights Owner may have against such End Users or others.

5.   TERM OF AGREEMENT AND LICENSES.

(a)    Unless otherwise terminated or canceled as provided herein, the term hereof and of the licenses granted to the Licensee hereunder shall be in perpetuity.

(b)  The effective date of this Agreement shall be the date of Copyright Holders acceptance hereof.

6.   PROTECTION OF LICENSED PRODUCT.

(a)  The Licensed Software is the Copyright Holders exclusive property and constitutes a valuable trade secret of the Copyright Holder.    Licensee agrees that the Licensed Product shall be distributed to End Users and the Licensed Product or any portion thereof may not be disclosed or made available to third parties, other than to End Users.

(b)  Upon the expiration of this Agreement, Licensee shall immediately destroy all copies of the Licensed Product in its possession or control.

7.   NEGATION OF WARRANTY.  The Licensed Product is provided on an "AS IS" basis, and there are no warranties, express or implied, including, but not limited to, any warranty or merchantability or fitness for particular purpose.   The Licensee and the End User shall be solely responsible for the selection, installation, use, efficiency, and suitability of the Licensed Product and Copyright Holder shall have no liability therefor.

8.   NEGATION OF PROPRIETARY RIGHTS INDEMNITY.   Copyright

Holder shall have no liability to Licensee and/or the End User for the infringement of proprietary rights by the Licensed Product or any portion thereof.

9.   LIMITATION OF LIABILITY.

(a)  In no event shall Copyright Holder be liable to Licensee or End Users for any damages resulting from or related to any failure of the Software Product, including, but not limited to, loss of data, or delay of Owner in the delivery of the Licensed Product or in the performance of this Agreement.

(b)  In no event shall Copyright Holder be liable to Licensee or End User for any indirect, special, or consequential damages or loss profits, arising out of or related to this Agreement or the performance or breach thereof, even if Copyright Holder has been advised of the possibility thereof.  Copyright Holders' Liability to Licensee and/or End User hereunder, if any, shall in no event exceed the total of the License fees paid hereunder by Licensee.

10.   GENERAL.

(a)  This Agreement is the sole agreement between the parties relating to the subject matter hereof and supersedes all prior understandings,   writings,   proposals,   representations,   or communications, oral or written, of either party.  This Agreement may be amended only by an instrument executed by the authorized representatives of both parties.

(b)   This Agreement and the rights and licenses granted hereunder may not be transferred or assigned by Licensee without the prior written consent of the Copyright Holder.

(c)  If Licensee, for any reason, ceases operations then this license shall be terminated.

(d)  This Agreement shall be interpreted in accordance with the substantive laws of the State of New Jersey.

TAP SYSTEMS, INC. ("Licensee")

BY: _Tina Lindsay_

TITLE: _President_

DATE: _6/1/97_

Accepted on behalf of Copyright Holder

BY: _Tina Lindsay_

DATE: _6/1/97_

SCHEDULE A

LICENSED PRODUCT    LCID

LCID, consists of a set of both computer programs and data files as follows:

* unique first name file by ethnicity

* non-unique surname file by ethnicity

* a series of two to five character prefix rules by ethnicity

* a series of two to five character suffix rules by ethnicity

* a series of codes to identify the ethnic, religious, and minority status

* a geocentric reference table

* a series of computer programs that analyze individual names utilizing the system data

LCID computer programs and the system data are irrevocably entwined.

LCID accurately identifies the specific ethnic, religious and minority status of individuals having a multi-ethnic surname.

June 20, 1997

TO:     Harriet Heyman
        Harte Hanks, Inc.

FROM:   Tina Lindsay

RE:     **LCID**

Dear Ms. Heyman:

This is to inform you that all my rights as the copyright holder of LCID have been transferred to TAP Systems, Inc., as of June 1, 1997.   A copy of the transfer will be forwarded for delivery on Monday, June 23, 1997.

Further by letter dated June 20, 1997, all rights of LSDI of Palisades Park, New Jersey, have been terminated.

TAP Systems, Inc., is the exclusive licensee for LCID. Consequently, there are no authorized licensors except TAP Systems, Inc.  In fact, a more recent version of LCID will be made available to you by TAP Systems as early as needed.

Please note that such transfer will not have any negative effect on Harte Hanks, Inc., (including costs.)

A representative of TAP Systems, Inc., will be contacting you on Monday morning, June 23, 1997.

Sincerely,


Tina Lindsay


CC:  Carolyn DeLuca

FAX'd this date to 508-436-2973

# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-029-483

**Effective date of
registration:**

December 23, 2009

## Title

**Title of Work:** Ethnic Encoding System Module - Tap05
Ethnic Encoding System Module - Tap06
Ethnic Encoding System Module - Tap08
Ethnic Encoding System Module - Tap10
Ethnic Encoding System Module - Tap15
Ethnic Encoding System Job Control Language Module

## Completion/ Publication

**Year of Completion:** 1997

**Date of 1st Publication:** July 19, 1997          **Nation of 1st Publication:** United States

## Author

- **Author:** Peter Brownstein
  **Author Created:** computer program

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Peter Brownstein

54 Broad Avenue, Apt. 5B, Palisades Park, NJ, 07650, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**Previous registration and year:** TXu000778127   1996

TXu000730872   1996

**New material included in claim:** computer program

## Rights and Permissions

# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

TX 7-029-492

**Effective date of registration:**

December 23, 2009

## Title

| | |
|---|---|
| **Title of Work:** | Ethnic Encoding System Module - Tap09 |
| | Ethnic Encoding System Module - Tap22 |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 1998 | | |
| **Date of 1st Publication:** | November 19, 1998 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Peter Brownstein |
| **Author Created:** | computer program |
| **Citizen of:** | United States **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Peter Brownstein |
| | 54 Broad Avenue, Apt. 5B, Palisades Park, NJ, 07650, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **Previous registration and year:** | TXu000778127   1996 |
| | TXu000730872   1996 |
| **New material included in claim:** | computer program |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | The McDaniel Law Firm, P.C. | | |
| **Name:** | Dimitry Kogan | | |
| **Email:** | dkogan@mcdlawpc.com | **Telephone:** | 201-845-3232 |
| **Address:** | 54 Main Street | | |
| | Hackensack, NJ 07601  United States | | |

## Certification

# EXHIBIT G

# THE MCDANIEL LAW FIRM, PC

54 MAIN STREET
HACKENSACK, NJ 07601
(201) 845-3232
(201) 845-3777 FAX

WWW.MCDLAWPC.COM

EMPIRE STATE BUILDING
350 FIFTH AVENUE, 59TH FLOOR
NEW YORK, NY 10118
(212) 514-8080
(212) 514-8282 FAX

JAY R. MCDANIEL
JRMCDANIEL@MCDLAWPC.COM

PLEASE REPLY TO
NEW JERSEY OFFICE

March 5, 2010

**VIA FACSIMILE**

Thomas S. Howard, Esq.
Kirsch Gartenberg Howard
Two University Plaza
Suite 400
Hackensack, NJ 07601

      Re:   Brownstein v. Lindsay, et al.
      Our File No: 1128/002
      DOCKET NO.: C-150-09, C-209-09

Dear Tom:

In the week before Tina Lindsay's deposition on February 23, 2010, we secured certain documents from the court's file in *LSDI v. Lindsay, et al.*, concerning the registration of the original TAP System. As you may be aware, we also questioned Ms. Lindsay about the registration during her deposition.

The documents that we obtained, in particular the assignment of the Lindsay system by Ms. Lindsay to TAP, and Ms. Lindsay's acknowledgment that the second copyright she filed included various programs written by Peter Brownstein make clear that there are unresolved issues concerning the ownership of the intellectual property from which the E-Tech system is derived.

First, it is now clear that the second copyright was a joint work under applicable copyright law and that, accordingly, Peter Brownstein is a co-author. The assignment from Lindsay to TAP did not encompass Peter's rights as co-author. Thus, while TAP is the assignee of the copyright of Ms. Lindsay's interest. Mr. Brownstein has made no such assignment and thus, regardless of the outcome of this litigation, is entitled to a reasonable royalty on his interest.

Thomas S. Howard
March 5, 2010
Page 2

Please consider this letter a formal demand that Tina Lindsay agree to correct her 1996 copyright registrations by adding Peter Brownstein as a co-author and co-claimant pursuant to 17 U.S.C. §408(d).   Tina Lindsay also stated that likely has a copy of the deposit copies that were included with the registrations.   Our attempts to secure deposit copies were initially unsuccessful.  I therefore request that you provide us with Ms. Lindsay's deposit copies.

As you are also likely aware, numerous revisions have been made to the E-Tech system prior to the execution of the 2000 joint venture agreement.  Those works were subsequently contributed to the combined system by virtue of the license provided for in the amended joint venture agreement.  Peter Brownstein is the owner of the copyrights in the programs that he authored prior to the joint venture agreement and has registered certain copyrights for certain programs completed during 1997 and 1998.

It is our belief that there are additional copyrights owned by Mr. Brownstein individually.  Copies of those programs were stored at E-Tech and your client is obligated to assure that those copies are not destroyed.  Again, the software that is utilized by E-Tech is derivative of those works.  The use of those works has always been contingent on Mr. Brownstein's ownership of and participation in E-Tech.  In the event that your clients are successful in forcing a sale of Mr. Brownstein's interest, the license to use those programs will terminate and the continued use would constitute copyright enfrin

I want to make it clear that my client has not and does not waive any right or remedy arising under federal copyright law, including the right to royalties arising under the original copyrights and the rights generally available to derivative works created thereafter.

Thomas S. Howard
March 5, 2010
Page 3


With regard to the amendment of the copyright registration, I need your immediate answer.  I am also advising the court of the situation and she will no doubt need a quick response.


Very truly yours,

Jay R. McDaniel


CC:    Peter Brownstein

# EXHIBIT H



## KIRSCH GARTENBERG HOWARD LLP

Attorneys at Law

March 9, 2010

*Facsimile Transmission*

Jay R. McDaniel, Esq.
McDaniel Law Firm PC
54 Main Street
Hackensack, NJ 07601

Re:    Brownstein v. Lindsay

Dear Jay:

I received your faxed letter today, which bears an incorrect date of March 5, 2010.

We disagree with the position you and your client are now taking with respect to the intellectual property. I will discuss with my client whether any further response to your letter is either necessary or appropriate.

In the meanwhile, please tell me why Mr. Brownstein is alleging this interest now, after waiting 14 years, after signing several related agreements and after working almost daily with Ms. Lindsay, until recently.

Thank you.

Sincerely,

Thomas S. Howard

cc:  Mr. Zachary Wilhoit
H:\4008.000 E-Tech\correspondence\Defense Counsel\McDaniel 3-9-10.doc

TWO UNIVERSITY PLAZA, SUITE 400, HACKENSACK, NEW JERSEY 07601  T 201.488.4644
11 PENN PLAZA, FIFTH FLOOR, NEW YORK, NEW YORK 10001  T 212.248.2936

FACSIMILE 201.488.6842 • WEBSITE www.kghlaw.com