**KIRSCH GARTENBERG HOWARD** [LLP]
*Attorneys for Defendants*
Two University Plaza
Hackensack, New Jersey 07601
jklaproth@kghlaw.com
(201) 488-4644

RECEIVED
FEB 24 2012
AT 8:30_____
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
PETER BROWNSTEIN,

         Plaintiff,              Docket No. 3:10-cv-01581 (JAP)

    -against-

TINA LINDSAY and ETHNIC             **JUDGMENT**
TECHNOLOGIES, LLC,

         Defendants.
-----------------------------------------------------------X

The Court having held a jury trial on February 14, 2012 and February 15, 2012 and the Court having granted defendants' motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a) for the reasons placed on the record on February 16, 2012,

IT IS this _24_ day of _Feb_____, 2012, hereby:

ORDERED, ADJUDGED, and DECREED that plaintiff's Amended Complaint be and hereby is dismissed on the merits and with prejudice.

                                                       _____
                                                       The Honorable Joel A. Pisano, U.S.D.J.