**KIRSCH GARTENBERG HOWARD** LLP
*Attorneys for Defendants*
Two University Plaza
Hackensack, New Jersey 07601
jklaproth@kghlaw.com
(201) 488-4644

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------X
PETER BROWNSTEIN,

                     Plaintiff,                Docket No. 3:10-cv-01581 (JAP)(TJB)

      -against-

TINA LINDSAY and ETHNIC              **NOTICE OF MOTION FOR SUMMARY**
TECHNOLOGIES, LLC,                           **JUDGMENT PURSUANT TO**
                                                       **RULE 56**
                     Defendants.
-----------------------------------------------------------X

TO:      Jay R. McDaniel, Esq.
           The McDaniel Law Firm
           54 Main Street
           Hackensack, New Jersey 07601

      PLEASE TAKE NOTICE that defendants, by their attorneys, will move before this Court on April 6, 2012 at 9:00 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to F.R.C.P. 56 entering judgment on defendants' Counterclaims and granting such other relief as is proper.

      In support of the motion, defendants will rely upon the accompanying Declaration of Jesse Klaproth, the exhibits annexed thereto and the accompanying brief and Statement of Facts.

Dated: March 9, 2012

                                                   KIRSCH GARTENBERG HOWARD LLP
                                                   *Attorneys for Defendants*

                                                   By: s/ Thomas S. Howard