# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-029-483**

Effective date of registration:
December 23, 2009

---

## Title

**Title of Work:** Ethnic Encoding System Module - Tap05
Ethnic Encoding System Module - Tap06
Ethnic Encoding System Module - Tap08
Ethnic Encoding System Module - Tap10
Ethnic Encoding System Module - Tap15
Ethnic Encoding System Job Control Language Module

## Completion/Publication

**Year of Completion:** 1997
**Date of 1st Publication:** July 19, 1997    **Nation of 1st Publication:** United States

## Author

- **Author:** Peter Brownstein
  **Author Created:** computer program
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Peter Brownstein
54 Broad Avenue, Apt. 5B, Palisades Park, NJ, 07650, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TXu000778127  1996
TXu000730872  1996
**New material included in claim:** computer program

## Rights and Permissions

Page 1 of 2

```cobol
       IDENTIFICATION DIVISION.
       PROGRAM-ID.             TAP05.
       AUTHOR.                 PETER BROWNSTEIN.
       DATE-WRITTEN.           JULY 1997.

      © Peter Brownstein 1997

      ****************************************************************
      * CREATED FOR TAP SYSTEMS, INC.                                 *
      ****************************************************************
      * THIS PROGRAM CREATES A SUBSET FILE CONTAINING ONLY THE FIELDS *
      * NEEDED TO DO THE ETHINC IDENTIFICATION OF THE NAME IN THE     *
      * INPUT RECORD.                                                 *
      * SYNCHRONIZE THE FILES BY CREATING A TEMPORARY ENLARGED COPY OF*
      * THE INPUT WITH A MATCH CODE ADD TO IT AND THE SAME MATCH CODE *
      * ON THE SAME RECORD OF THE SUBSET FILE.                        *
      ****************************************************************
       ENVIRONMENT DIVISION.
       CONFIGURATION SECTION.
       SPECIAL-NAMES.    C01 IS HOF.
       INPUT-OUTPUT SECTION.
       FILE-CONTROL.
           SELECT INPUT-FILE    ASSIGN SYS021-S-INF
                                FILE STATUS IS FS.
           SELECT OUTPUT-FILE   ASSIGN SYS030-S-OUTF.
           SELECT CODE-DATA     ASSIGN SYS031-S-CODEF.
           SELECT PRINT-FILE    ASSIGN SYS010-4245-S.
       DATA DIVISION.
       FILE SECTION.
      *
       FD  INPUT-FILE
           RECORDING MODE IS F
           LABEL RECORDS ARE STANDARD
           RECORD CONTAINS  120 CHARACTERS
           BLOCK CONTAINS   273 RECORDS
           DATA RECORD IS INPUT-REC.
       01  INPUT-REC.
           03  IN-INPUT-REC.
               05  FILLER           PIC X(016).
               05  IN-FIRST-NAME    PIC X(20).
               05  IN-LAST-NAME     PIC X(20).
               05  FILLER           PIC X(055).
               05  IN-ZIP           PIC X(5).
               05  IN-PLUS4         PIC X(4).
      *
       FD  OUTPUT-FILE
           RECORDING MODE IS F
           LABEL RECORDS ARE STANDARD
           RECORD CONTAINS 129 CHARACTERS
           BLOCK CONTAINS   250 RECORDS
           DATA RECORD IS OUT-REC.
       01  OUT-REC.
           03  OUT-NUMBER           PIC 9(9).
           03  OUTPUT-FILE-REC.
               05  FILLER           PIC X(120).
      *
       FD  CODE-DATA
```

TX 7-
029-483

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-029-492**

**Effective date of registration:**
December 23, 2009

## Title
**Title of Work:** Ethnic Encoding System Module - Tap09
Ethnic Encoding System Module - Tap22

## Completion/Publication
**Year of Completion:** 1998
**Date of 1st Publication:** November 19, 1998   **Nation of 1st Publication:** United States

## Author
**Author:** Peter Brownstein
**Author Created:** computer program
**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Peter Brownstein
54 Broad Avenue, Apt. 5B, Palisades Park, NJ, 07650, United States

## Limitation of copyright claim
**Material excluded from this claim:** computer program
**Previous registration and year:** TXu000778127  1996
TXu000730872  1996
**New material included in claim:** computer program

## Rights and Permissions
**Organization Name:** The McDaniel Law Firm, P.C.
**Name:** Dimitry Kogan
**Email:** dkogan@mcdlawpc.com   **Telephone:** 201-845-3232
**Address:** 54 Main Street
Hackensack, NJ 07601 United States

## Certification

TX 7-
029-492

```
       IDENTIFICATION DIVISION.
       PROGRAM-ID.      TAP09.
       AUTHOR.          PETER BROWNSTEIN.
       DATE-WRITTEN.    JUNE 1998.

      © Peter Brownstein 1998

      ****************************************************************
      * CREATED FOR TAP SYSTEMS, INC.                                 *
      ****************************************************************
      * THIS PROGRAM REPORTS TOTALS FOR EACH ETHNIC AND RELIGIOUS     *
      * GROUP ON FILES WITH AND WITHOUT ZIP CODES.                    *
      * IT WILL CREATE REPORTS BY SCF, STATE, GRAND TOTAL FOR THE     *
      * WHOLE FILE AND GROUP CODE IF THE FILE HAS ZIP CODES.          *
      * ON A FILE WITHOUT ZIP CODES IT CAN  ONLY CREATE THE GRAND     *
      * TOTAL AND GROUP CODE REPORTS                                  *
      * THE PROGRAM HAS A SETTING IN THE JCL ON A CONTROL CARD THAT   *
      * MUST BE SET IN ORDER FOR THE PROGRAM TO KNOW IF THE FILE HAS  *
      * ZIP CODES OR NOT.                                             *
      * IN POSITION ONE THERE MUST BE ETHER A 3, 2 OR 1 AT ALL TIMES  *
      * 3 - PRINT ONLY THE FILE LEVEL AND GROUPING CODE TOTALS        *
      * 2 - PRINT ONLY GROUPING CODE TOTALS                           *
      * 1 - PRINT ALL REPORTS                                         *
      *                                                               *
      *THIS PROGRAM WILL NOT WORK CORRECTLY IF THE CONTROL CARD IS    *
      *MISSING OR THE FIRST POSITION IS BLANK OR HAS ANYTHING ELSE    *
      *BESIDES 1, 2 OR 3 IN IT.                                       *
      ****************************************************************
       ENVIRONMENT DIVISION.
       CONFIGURATION SECTION.
       SPECIAL-NAMES.      C01 IS HOF.
       INPUT-OUTPUT SECTION.
       FILE-CONTROL.
           SELECT INPUT-FILE   ASSIGN SYS020-S-INF
                               FILE STATUS IS FS.
           SELECT SORT-FILE    ASSIGN SYS001-SORTWK1.
           SELECT REPORT-FILE  ASSIGN SYS010-4245-S.
           SELECT PRINT-FILE   ASSIGN SYS011-4245-S.
           SELECT TOT-FILE     ASSIGN SYS012-4245-S.
           SELECT GRPRT-FILE   ASSIGN SYS013-4245-S.
       DATA DIVISION.
       FILE SECTION.
      *
       FD  INPUT-FILE
           RECORDING MODE IS F
           LABEL RECORDS ARE STANDARD
           RECORD CONTAINS 65  CHARACTERS
           BLOCK CONTAINS  500 RECORDS
           DATA RECORD IS IN-REC.
       01  IN-REC.
           03  IN-NUMBER            PIC 9(9).
           03  IN-GENDER            PIC X(1).
           03  IN-TITLE             PIC X(1).
           03  IN-LAST-NAME         PIC X(20).
           03  IN-FIRST-NAME        PIC X(20).
           03  IN-ZIP               PIC X(5).
           03  IN-PLUS4             PIC X(4).
```