UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2506 & 12-4471
_____

PETER BROWNSTEIN,
                                    Appellant

v.

TINA LINDSAY; ETHNIC TECHNOLOGIES

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civ. Action No. 3:10-cv-01581)
District Judge: Honorable Joel A. Pisano
_____

Argued July 10, 2013
_____

Before: GREENAWAY, JR., SLOVITER, and BARRY, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District

Court for the District of New Jersey and was argued on July 10, 2013.  On consideration

whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the orders of the District Court

entered February 24, 2012 and November 30, 2012 be, and the same are hereby,

REVERSED and REMANDED.  All of the above in accordance with the opinion of this

Court.  Costs taxed against Appellees.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: January 29, 2014

Costs taxed against the Appellees as follows:

Docketing Fees……………………………$ 900.00
Brief………………………………………$ 287.93
Reply Brief………………………………..$ 141.63
Appendix…………………………………..$3700.65
Total Costs Taxed…………………………$5030.21

**Certified as a true copy and issued in lieu**
**of a formal mandate on** February 20, 2014

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**