**GARTENBERG HOWARD** LLP

New Jersey
2 University Plaza, Suite 400
Hackensack, New Jersey 07601
T: 201.488.4644
F: 201.488.6842

**Attorneys at Law**

Karen L. Williams
kwilliams@kghlaw.com

December 15, 2015

*Via ECF*

The Hon. Freda L. Wolfson
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Courtroom 5E
Trenton, New Jersey 08608

      Re.:   Brownstein v. Lindsay, et al.
            Case No.: 3:10-cv-01581-FLW-TJB

Dear Judge Wolfson:

      We represent defendants Tina Lindsay and Ethnic Technologies, LLC. We are in receipt of plaintiff's December 15, 2015 letter requesting leave to file a sur-reply among other matters (docket no. 147). We are preparing a response to be filed with the Court tomorrow.

           Respectfully submitted,

           /s/ Karen L. Williams

cc: Jay R. McDaniel, Esq.
S:\H\E-Tech (federal) 4008.002\Correspondence\Wolfson\Judge Wolfson 12-15-15(2).docx