# Exhibit 10

## 1016

BRO'T FOR'D 3973 96

DATE Sept 25, 1997
TO cash

FOR DMA - chicago show expenses advance

TOTAL
THIS CHECK 600 00
OTHER
TAX DEDUCTIBLE
BALANCE 3373 96

## 1022

BRO'T FOR'D 3000 00 Loan TINA √920

DATE Nov. 11, 1997
TO Dynatron

FOR Computer Time usage Rent

TOTAL
THIS CHECK 3000 00
OTHER
TAX DEDUCTIBLE
BALANCE 873 96

## 1017

DATE Sept. 25, 1997
TO [redacted]

FOR advance again commission

650 00 Loan from TINA √920

TOTAL
THIS CHECK 650 00
OTHER
TAX DEDUCTIBLE
BALANCE 3373 96

## 1023

DATE Nov. 20, 1997
TO Sir Speedy

FOR Business Cards + letterheads

7500 0 Polk encode Distr. Bank

TOTAL
THIS CHECK 188 3?
OTHER
TAX DEDUCTIBLE
BALANCE 8185 5?

## 1018

DATE Oct. 1, ??
TO Dynatron

FOR computer time usage

TOTAL
THIS CHECK 3000 00
OTHER
TAX DEDUCTIBLE
BALANCE 373 94

## 1024

DATE Nov. 20, 1997
TO [redacted]

FOR advance against commission

TOTAL
THIS CHECK 1050 0
OTHER
TAX DEDUCTIBLE
BALANCE 7135 5?

### 1130
DATE 11-10-1999
TO Peter Brownstein
FOR advance
TOTAL
THIS CHECK 10,000 00
OTHER
TAX DEDUCTIBLE
BALANCE

### 1131
DATE 12-31-1999
TO Tina Lindsay  10,000 00
FOR commission
TOTAL
THIS CHECK 5000 00
OTHER
TAX DEDUCTIBLE
BALANCE

### 1132
DATE 12-31-1999
TO Peter Brownstein
FOR commission
TOTAL
THIS CHECK 5,000 00
OTHER
last 1999 Check
TAX DEDUCTIBLE
BALANCE

### 1133
DATE Feb. 17, 2000    E-Tech 2-16-200
TO Tina Lindsay        10,000 00
FOR commission
TOTAL
THIS CHECK 6000 00
OTHER
TAX DEDUCTIBLE
BALANCE

### 1134
DATE Feb. 17, 2000
TO Peter Brownstein
FOR commission
TOTAL
THIS CHECK 4000 00
OTHER
TAX DEDUCTIBLE
BALANCE

### 1135
DATE April 5, 2000
TO Tina Lindsay
FOR COMMISSION
TOTAL
THIS CHECK 2500 00
OTHER
TAX DEDUCTIBLE
BALANCE

**1181**
DATE Jan. 31, 2002
TO Peter Brownstein
DEPOSITS 10,000 00
FOR payroll
TOTAL
THIS CHECK 3,181 87
OTHER
TAX DEDUCTIBLE
BALANCE

**1184**
DATE March 4, 2002
TO PETER BROWNSTEIN
DEPOSITS
FOR Payroll
TOTAL
THIS CHECK 2982 12
OTHER
TAX DEDUCTIBLE
BALANCE

**1182**
DATE Jan. 31, 2002
TO Tina Lindsay
DEPOSITS
FOR payroll
TOTAL
THIS CHECK 3,181 87
OTHER
TAX DEDUCTIBLE
BALANCE

**1185**
DATE March 4, 2002
TO ADP
DEPOSITS
FOR payroll bookeeping
TOTAL
THIS CHECK 64 50
OTHER
TAX DEDUCTIBLE
BALANCE

**1183**
DATE March 4, 2002
TO Tina Lindsay
DEPOSITS 10,000 00
FOR payroll
TOTAL
THIS CHECK 2982 12
OTHER
TAX DEDUCTIBLE
BALANCE

**1186**
DATE March 21, 2002
TO State of New Jersey -CBT
DEPOSITS
FOR taxes
TOTAL
THIS CHECK 240 00
OTHER
TAX DEDUCTIBLE
BALANCE

| 1187 | BRO'T FOR'D | | 1190 | BRO'T FOR'D |
|---|---|---|---|---|
| DATE March 31, 2002 | | | ATE March 29, 2002 | |
| TO ▮▮▮▮▮▮▮▮▮ | DEPOSITS | | o Tina Lindsay | DEPOSITS |
| FOR preparing 2001 tax returns | TOTAL | | OR payroll | TOTAL |
| | THIS CHECK 1200 00 | | | THIS CHECK 3,289 37 |
| | OTHER | | | OTHER |
| TAX DEDUCTIBLE | BALANCE | | TAX DUCTIBLE | BALANCE |

| 1188 | | | 1191 | |
|---|---|---|---|---|
| DATE March 28, 2002 | | | ATE April 29, 2002 | 10,000 00 |
| TO A.D.P. | DEPOSITS | | o Tina Lindsay | DEPOSITS |
| FOR preparing payroll | TOTAL | | OR Payroll | TOTAL |
| | THIS CHECK 64 50 | | | THIS CHECK 3,289 37 |
| | OTHER | | | OTHER |
| TAX DEDUCTIBLE | BALANCE | | TAX DUCTIBLE | BALANCE |

| 1189 | | | 1192 | |
|---|---|---|---|---|
| DATE March 29, 2002 | | | ATE April 29, 2002 | |
| TO Peter Brownstein | DEPOSITS | | o Peter Brownstein | DEPOSITS |
| FOR payroll | TOTAL | | OR Payroll | TOTAL |
| | THIS CHECK 3,289 37 | | | THIS CHECK 3,289 37 |
| | OTHER | | | OTHER |
| TAX DEDUCTIBLE | BALANCE | | TAX DUCTIBLE | BALANCE |